<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court</strong><br>Northern District of California</td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alpha Factors** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Century 21 Alpha** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**94-2530778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5504 Monterey Road**<br>**San Jose, CA**<br>ZIP Code **95138** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alpha Factors** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____<br>                 (Name of landlord that obtained judgment)

                 _____<br>                 (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Alpha Factors**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Heinz Binder
Signature of Attorney for Debtor(s)

**Heinz Binder #87908**
Printed Name of Attorney for Debtor(s)

**Binder & Malter, LLP**
Firm Name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Address

**(408) 295-1700  Fax: (408) 295-1531**
Telephone Number

**August 15, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Edward V. Zimbrick
Signature of Authorized Individual

**Edward V. Zimbrick**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 15, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re **Alpha Factors** _____ Case No. _____

Debtor(s)           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express 2965 W. Corp. Lake Blvd. Fort Lauderdale, FL 33331-3626** | **American Express 2965 W. Corp. Lake Blvd. Fort Lauderdale, FL 33331-3626** | **Trade debt** | | **32,941.70** |
| **American Express PO Box 0001 Los Angeles, CA 90096** | **American Express PO Box 0001 Los Angeles, CA 90096** | **Trade Debt** | | **9,888.14** |
| **Bank of America PO Box 15184 Wilmington, DE 19850-5184** | **Bank of America PO Box 15184 Wilmington, DE 19850-5184** | **Trade debt** | | **9,142.68** |
| **Bank of America PO Box 26078 Greensboro, NC 27420** | **Bank of America PO Box 26078 Greensboro, NC 27420** | **Credit line** | | **99,715.34** |
| **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | **Credit line** | | **51,964.82** |
| **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | **Credit line** | | **41,276.84** |
| **CA-Pruneyard Limited Partnership c/o Equity Office 1999 South Bascom Avenue, Suite 200 Campbell, CA 95008** | **CA-Pruneyard Limited Partnership c/o Equity Office 1999 South Bascom Avenue, Suite 200 Campbell, CA 95008** | **Lease of 1901 South Bascom Avenue, Campbell, Suite 110 and 500. Subject to setoff of litigation claims, mitigation and security deposit.** | **Contingent Unliquidated Disputed** | **310,000.00** |
| **Camino Altos Plaza One Eleven Main Street, Suite 7 Los Altos, CA 94022** | **Camino Altos Plaza One Eleven Main Street, Suite 7 Los Altos, CA 94022** | **Lease at 4300 El Camino Real, Suite 101, Los Altos, CA 94022 Any claim is subject to setoff for mitigation.** | **Contingent** | **48,674.43** |
| **Chase PO Box 15298 Wilmington, DE 19850-5298** | **Chase PO Box 15298 Wilmington, DE 19850-5298** | **Trade debt** | | **35,399.50** |

In re **Alpha Factors**      Case No. _____

          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Colleen M. and Harry G. Galland**<br>51427 Springlake Loop<br>Scappoose, OR 97056 | **Colleen M. and Harry G. Galland**<br>51427 Springlake Loop<br>Scappoose, OR 97056 | **Unsecured business loan** | | **150,000.00** |
| **Glenn L. and Darlene S. Harbeck**<br>569 Timmonsville Way<br>Lady Lake, FL 32162 | **Glenn L. and Darlene S. Harbeck**<br>569 Timmonsville Way<br>Lady Lake, FL 32162 | **Unsecured Business Loan** | | **560,000.00** |
| **Ikon Financial Services**<br>1738 Bass Road<br>Macon, GA 31210 | **Ikon Financial Services**<br>1738 Bass Road<br>Macon, GA 31210 | **Image Mangement Plus Agreement -Dispute due to failure of IKON to perfrom as agreed.** | **Contingent Unliquidated Disputed** | **28,901.85** |
| **Jerry Parker**<br>9805 Lantz Drive<br>Morgan Hill, CA 95037 | **Jerry Parker**<br>9805 Lantz Drive<br>Morgan Hill, CA 95037 | **Unsecured Business Loan** | | **95,501.00** |
| **Landess Institute, LLC**<br>PO Box 1805<br>Cupertino, CA 95015 | **Landess Institute, LLC**<br>PO Box 1805<br>Cupertino, CA 95015 | **Lease at 3078 Landess Avenue San Jose, CA 95132 Any claim is subject to setoff for mitigation and security deposit.** | | **30,689.94** |
| **Olson Research Group, Inc.**<br>4300 El Camino Real Suite 101<br>Los Altos, CA 94022 | **Olson Research Group, Inc.**<br>4300 El Camino Real Suite 101<br>Los Altos, CA 94022 | **Sublease Security Deposit. Debtor subleases 4300 El Camino Real, Suite 101, Los Altos, CA to Olson Research Group. Any claim is subject to setoff fo** | **Contingent Unliquidated Disputed** | **17,500.00** |
| **Realty Associates Fund VIII, LP**<br>1900 McCarthy Blvd. Suite 445<br>Milpitas, CA 95035 | **Realty Associates Fund VIII, LP**<br>1900 McCarthy Blvd. Suite 445<br>Milpitas, CA 95035 | **Lease for 1900 McCarthy, Suites 400 & 412, Milpitas, CA Any claim is subject to setoff for mitigation and security deposit.** | **Contingent Unliquidated Disputed** | **20,498.00** |
| **Rossi, Hamerslough, Reischl & Chuck**<br>1960 The Alameda<br>San Jose, CA 95126 | **Rossi, Hamerslough, Reischl & Chuck**<br>1960 The Alameda<br>San Jose, CA 95126 | **Attorneys Fees** | | **15,985.74** |
| **WF Business Direct**<br>PO Box 348750<br>Sacramento, CA 95834 | **WF Business Direct**<br>PO Box 348750<br>Sacramento, CA 95834 | **Business Line of Credit** | | **24,859.68** |

In re **Alpha Factors**                                                        Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WF Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | **WF Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | **Trade debt** | | **34,717.59** |
| **XO Communication**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | **XO Communication**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | **Internet Service Provider** | **Contingent Unliquidated Disputed** | **11,286.44** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 15, 2008**                          Signature  **/s/ Edward V. Zimbrick**
                                                                     **Edward V. Zimbrick**
                                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Alpha Factors** ,

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,216,350.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 47,743.58 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 4,848,910.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 1,216,350.90 | | |
| Total Liabilities | | | | 4,896,654.27 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Alpha Factors**                                    ,

                        Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Alpha Factors**                                  ,       Case No. _____

                                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

                                   (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                Best Case Bankruptcy

In re   **Alpha Factors**                            ,        Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** <br> **Bank of America Account 12621-066081040** | - | 680.16 |
| | | | **Washington Mutual** <br> **Acct #1000** | - | 32,569.68 |
| | | | **Comerica Bank** <br> **#1005** | - | 176,103.27 |
| | | | **Bank of America** <br> **Savings Account #12621-066081045** | - | 100.00 |
| | | | **Washington Mutual Home Account** | - | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits with Landlords** <br> **Realty Associates Fund VIII LP or successor** | - | 50,000.00 |
| | | | **Security Deposits with Landlords** <br> **CA-Pruneyard Limited Partnership aka Equity Office or successor** | - | 31,817.79 |
| | | | **Security Deposits with Landlord** <br> **Landess Institute LLC or successor** | - | 7,375.00 |
| | | | **Security Deposit** <br> **Monterey Plaza LP or successor** | - | 16,024.00 |
| | | | **Security Deposits with Landlords** <br> **Fidelity National Title Company or successor** | - | 10,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

                                           Sub-Total >     **324,769.90**

                                         (Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re **Alpha Factors**                                                        ,        Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Commissions Due from Sales Pending** | - | 809,051.00 |
| | | **Rental arrears owed by Subtenant Olson Research Group, Inc.** Receivable was $30,376, security deposit of $17,500 was setoff, amount remaining to be paid is therefore: $12,876. | - | 12,876.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 821,927.00 |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Alpha Factors**                                 ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor vs. CA-Pruneyard Limited Partnership, Equity Office et al.** **Santa Clara County Superior Court Case No.** **1-08-CV-105170** **Debtor sued Pruneyard for breach of contract, fraud, misrepresentation and rescission.** **Pruneyard cross-complained for rent, enforcement of guaranty.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchises** **Century 21 Real Estate LLC** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment & Furniture** | - | **69,654.00** |

Sub-Total >     **69,654.00**
(Total of this page)

Sheet ___2___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re   **Alpha Factors**   ,   Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Listings on Hand (Possible income if property sales are completed: $3,590,023.00)** | **-** | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,216,350.90** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Alpha Factors**                                              ,     Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Phone System** | | | | | |
| **CIT Technology Financial Services, Inc.** PO Box 550599 Jacksonville, FL 32255 | | - | | | | | | |
| | | | Value $          **Unknown** | | | | **444.45** | **Unknown** |
| Account No. | | | **Telephone System** | | | | | |
| **Dimension Funding** 6 Hughes, Suite 220 Irvine, CA 92618 | | - | | | | | | |
| | | | Value $          **Unknown** | | | | **11,555.46** | **Unknown** |
| Account No. xxxxxxxx0274 | | | **Furniture Lease** | | | | | |
| **Exchange Bank/Dumac** PO Box 760 Santa Rosa, CA 95402 | X | - | | | | | | |
| | | | Value $          **Unknown** | | | | **2,301.72** | **Unknown** |
| Account No. | | | **Equipment Lease assigned to CIT by IOS.** **Notice Only** | | | | | |
| **IOS Capital** 1738 Bass Road Macon, GA 31210-1043 | | - | | | | | | |
| | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |

__1__  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **14,301.63** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Alpha Factors**                                    ,      Case No. _____

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Leaf Financial Corporation<br>2005 Market Street, 15th Floor<br>Philadelphia, PA 19103 | X | - | Furniture Lease<br>UCC Filed w/ security on all assets<br><br><br>Value $      **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **xxx09JG04**<br><br>Marlin Leasing<br>PO Box 637<br>Mount Laurel, NJ 08054 | X | - | Telephone System Lease<br><br><br>Value $      **Unknown** | | | | 2,387.76 | **Unknown** |
| Account No.<br><br>Santa Barbara Bank & Trust<br>P.O. Box 60607<br>Santa Barbara, CA 93160-0607 | | - | Panels. Believe same as Leaf Financial. Notice Only.<br><br><br>Value $      **Unknown** | | | | 0.00 | **Unknown** |
| Account No.<br><br>Thang M. Nguyen & Ashley Huong Le<br>21511 Almaden Road<br>San Jose, CA 95120-4311 | | - | Security Agreement - All assets of Alpha Factors<br><br><br>Value $      **25,000.00** | | | | 25,000.00 | 0.00 |
| Account No.<br><br>Xerox<br>PO Box 660501<br>Dallas, TX 75266 | | - | Copier Lease<br><br><br>Value $      **Unknown** | X | X | X | 6,054.19 | **Unknown** |

Sheet \_\_**1**\_\_ of \_\_**1**\_\_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 33,441.95 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 47,743.58 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **Alpha Factors**                                   ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

Case: 08-54475    Doc# 1    Filed: 08/15/08    Entered: 08/15/08 14:35:27    Page 16 of 60
Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Alpha Factors** _____,  Case No. _____

_____**Debtor**_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx0778** | | | Taxes - for notice only | | | | | |
| **EDD Director 800 Capital Mall Sacramento, CA 95812** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **xx-xxx0778** | | | Taxes - for notice only | | | | | |
| **Franchise Tax Board Bankruptcy Unit P. O. Box 2952 Sacramento, CA 95812** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **xx-xxx0778** | | | taxes - for notice only | | | | | |
| **Internal Revenue Service P. O. Box 21126 Philadelphia, PA 19114-0326** | | - | | | | | | Unknown |
| | | | | | | | 0.00 | Unknown |
| Account No. **xx-xxx0778** | | | Taxes - for notice only | | | | | |
| **Internal Revenue Service (San Jose Cases) Insolvency, MS 5420/5430 55 S. Market Street San Jose, CA 95113** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **xx-xxx0778** | | | Taxes - for notice only | | | | | |
| **State Board of Equalization P. O. Box 942879 Sacramento, CA 94279-0001** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Alpha Factors** ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0016**<br><br>**Advanta Bank Corp.**<br>**PO Box 307115**<br>**Salt Lake City, UT 84130-0715** | - | | | | **Trade debt** | | | | 8,454.72 |
| Account No. **xxxx-xxxxxx-x1000**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | | | | | **Trade Debt** | | | | 9,888.14 |
| Account No. **xxxx-xxxxxx-x1003**<br><br>**American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** | - | | | | **Trade debt** | | | | 3,729.65 |
| Account No. **xxxx-xxxxxx-x1003**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | - | | | | **Trade debt** | | | | 1,891.87 |
| __13__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 23,964.38 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         S/N:27694-080701   Best Case Bankruptcy

In re **Alpha Factors** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Trade debt | | | | |
| American Express 2965 W. Corp. Lake Blvd. Fort Lauderdale, FL 33331-3626 | | | | | | | 32,941.70 |
| Account No. xxxxxxxxx6389 | | - | Credit line | | | | |
| Bank of America PO Box 15102 Wilmington, DE 19886-5102 | | | | | | | 51,964.82 |
| Account No. xxxx-xxxxx-x0948 | | - | Credit line | | | | |
| Bank of America PO Box 15102 Wilmington, DE 19886-5102 | | | | | | | 41,276.84 |
| Account No. xxxxxxxxx0699 | | - | Credit line | | | | |
| Bank of America PO Box 26078 Greensboro, NC 27420 | | | | | | | 99,715.34 |
| Account No. xxxx-xxxx-xxxx-6581 | | - | Trade debt | | | | |
| Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | | | 456.47 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,355.17

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Alpha Factors** ,                        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8692**<br><br>**Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184** | - | | Trade debt | | | | 3,703.77 |
| Account No. **xxxx-xxxx-xxxx-8676**<br><br>**Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184** | - | | Trade debt | | | | 3,004.00 |
| Account No. **xxxxxxxxxxxx4555**<br><br>**Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184** | - | | Trade debt | | | | 1,099.13 |
| Account No. **xxxx-xxxx-xxxx-6565**<br><br>**Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184** | - | | Trade debt | | | | 1,824.73 |
| Account No. **xxxxxxxxxx9374**<br><br>**Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184** | - | | Trade debt | | | | 9,142.68 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,774.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Alpha Factors**                                  ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CA-Pruneyard Limited Partnership** <br> **c/o Equity Office** <br> **1999 South Bascom Avenue, Suite 200** <br> **Campbell, CA 95008** | X | - | **Lease of 1901 South Bascom Avenue, Campbell, Suite 110 and 500. Subject to setoff of litigation claims, mitigation and security deposit.** | X | X | X | **310,000.00** |
| Account No. <br><br> Representing: <br> **CA-Pruneyard Limited Partnership** | | | **EOP - Pruneyard, LLC** <br> **c/o Equity Office Properties Trust** <br> **1999 S. Bascom Ave., #200** <br> **Campbell, CA 95008** | | | | |
| Account No. <br><br> Representing: <br> **CA-Pruneyard Limited Partnership** | | | **Equity Office** <br> **c/o Joseph Schieffer, Esq.** <br> **Stark, Wells, Rahl et al** <br> **1999 Harrison Street, Suite 1520** <br> **Oakland, CA 94612** | | | | |
| Account No. <br><br> Representing: <br> **CA-Pruneyard Limited Partnership** | | | **Equity Office Properties Trust** <br> **Two North Riverside Plaza, #2100** <br> **Attn: Regional Counsel - San Jose** <br> **Chicago, IL 60606** | | | | |
| Account No. <br><br> **Caltronics** <br> **10491 Old Placerville Road** <br> **Sacramento, CA 95827** | | - | **Office Equipment Lease** | | | | **0.00** |

Sheet no. __**3**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal                     
(Total of this page)      **310,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re **Alpha Factors** ,                                    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | | - | | **Lease at 4300 El Camino Real, Suite 101, Los Altos, CA 94022**<br>**Any claim is subject to setoff for mitigation.** | X | | | **48,674.43** |
| Account No.<br><br>**Representing:**<br>**Camino Altos Plaza** | | | | **Camino Altos Plaza, Inc.**<br>**c/o Arnell Enterprises, Inc.**<br>**Attn: Roger W. Burnell, President**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | | | | |
| Account No.<br><br>**Representing:**<br>**Camino Altos Plaza** | | | | **Olsen Research Group, Inc.**<br>**4300 El Camino Real, Suite 101**<br>**Los Altos, CA 94022** | | | | |
| Account No. **xxxxx-0001, 0002, 0003, 0004**<br><br>**Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | X | - | | **Notice Only** | X | | | **0.00** |
| Account No.<br><br>**Representing:**<br>**Century 21 Real Estate LLC** | | | | **Century 21 Real Estate Corp.**<br>**Attn: Lynett J. Carhart-Gladdis, Esq.**<br>**Senior Vice President - Legal**<br>**1 Campus Drive**<br>**Parsippany, NJ 07054** | | | | |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,674.43**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **Alpha Factors** ,                                   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**Century 21 Real Estate LLC** | | | **Forman Holt Eliades & Ravin, LLC**<br>**Attn: Daniel M. Eliades**<br>**80 Route 4 East**<br>**Paramus, NJ 07652** | | | | |
| Account No. **xxxxxxxxxxx0526**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | - | | Trade debt | | | | 35,399.50 |
| Account No.<br><br>**CIGA**<br>**Attn: Nancy Shoffner**<br>**P.O. Box 29066**<br>**Glendale, CA 91209-9066** | - | | **Notice Only**<br>**Dalton, et al vs Century 21 Alpha**<br>**Case No 1-03-CV-011268 & H029678** | X | X | X | 0.00 |
| Account No.<br><br>Representing:<br>**CIGA** | | | **CIGA Coverage Counsel**<br>**Fred Hall, Esq.**<br>**Black, Compean & Hall**<br>**445 S. Figueora Street, #2800**<br>**Los Angeles, CA 90071** | | | | |
| Account No. **xxx-xxxxxx7-000**<br><br>**CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | - | | **Copier Lease**<br>**Milpitas Location** | | | | 0.00 |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,399.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Alpha Factors** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **901** | | | - | | Copier Lease | | | | |
| CIT Technology Financial Services, Inc. PO Box 550599 Jacksonville, FL 32255 | | | | | | | | | 1,415.47 |
| Account No. **910** | | | - | | Copier Lease | | | | |
| CIT Technology Financial Services, Inc. PO Box 550599 Jacksonville, FL 32255 | | | | | | | | | 654.58 |
| Account No. | | | - | | Wholesale Lending Program Agreement | X | X | X | |
| CitiMortgage, Inc. Attn: John Ordonez, Risk Management 1000 Technology Drive, MS 111 O Fallon, MO 63368 | | | | | | | | | 0.00 |
| Account No. | | | - | | Unsecured business loan | | | | |
| Colleen M. and Harry G. Galland 51427 Springlake Loop Scappoose, OR 97056 | | | | | | | | | 150,000.00 |
| Account No. | | | - | | Commission for sublease to Olsen Research. | X | X | X | |
| Cornish & Carey Commercial P.O. Box 58159 Attn: Accounting Dept Santa Clara, CA 95052-8159 | | | | | | | | | 4,158.63 |

Sheet no. __6___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

156,228.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Alpha Factors** _____, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daija Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | | - | **Loan to Business** | | | | 537,000.00 |
| Account No.<br><br>**Danny Lustina**<br>**1097 Syracuse Circle**<br>**Vacaville, CA 95687** | | - | **Consulting Agreement** | X | X | X | 0.00 |
| Account No. **xxx-xxxxxx9-002**<br><br>**Dell Financial Services**<br>**One Dell Way**<br>**Mail Stop 35B-13**<br>**Austin, TX 78762** | X | - | **Computer Lease, now expired lease.**<br>**Notice Only** | | | | 0.00 |
| Account No.<br><br>**Diane Renee Lambert &Dianna Hope Lambert**<br>**c/o David R. Sylva**<br>**David R. Sylva Law Offices**<br>**1960 The Alameda, Suite 204**<br>**San Jose, CA 95126** | | - | **Notice Only**<br>**Dalton, et al vs Century 21 Alpha**<br>**Case No 1-03-CV-011268 & H029678** | X | X | X | 0.00 |
| Account No.<br><br>**Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | | - | **Loan to Business** | | | | 2,633,710.82 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 3,170,710.82 |

Case: 08-54475   Doc# 1   Filed: 08/15/08   Entered: 08/15/08 14:35:27   Page 25 of 60
Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re **Alpha Factors** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Edward V. Zimbrick<br>5504 Monterey Road<br>San Jose, CA 95138** | - | | | Sublease of 3078 Landess Avenue, San Jose, CA.  Original lease between Edward Zimbrick and Landess Institute LLC. | | | | **Unknown** |
| Account No.<br><br>**Fidelity National Title Ins. Co.<br>1700 Winchester Blvd., Suite 102<br>Campbell, CA 95008** | - | | | Sublease of 1700 Winchester Blvd. Suite 102, Campbell, CA.  Any claim is subject to setoff for mitigation and security deposit. | X | X | | **0.00** |
| Account No.<br><br>**First Franklin Financia Corporation<br>Attn: Joe McKone<br>2150 North First Street, Suite 600<br>San Jose, CA 95131** | - | | | Mortgage Broker Agreement | X | X | X | **0.00** |
| Account No.<br><br>**Glenn L. and Darlene S. Harbeck<br>569 Timmonsville Way<br>Lady Lake, FL 32162** | - | | | Unsecured Business Loan | | | | **560,000.00** |
| Account No.<br><br>**GMAC Mortgage, LLC<br>1901 Bascom Avenue, Suite 110<br>Campbell, CA 95008** | - | | | Sublease Security Deposit.  Debtor subleases suite 110 at 1901 S. Bascom Avenue, Campbell, CA to GMAC Mortgage LLC.  Any claim is subject to setoff for subtenant's obligation to pay rent under sublease. | X | X | X | **0.00** |

Sheet no. __8___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **560,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Alpha Factors** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: GMAC Mortgage, LLC** | | | **GMAC Mortgage LLC 500 Enterprise Road Horsham, PA 19044** | | | | |
| Account No. **Ikon Financial Services PO Box 9115 Macon, GA 31208** | | - | Copier Lease | | | | 300.00 |
| Account No. **xxxxx-x9106C** **Ikon Financial Services 1738 Bass Road Macon, GA 31210** | | - | **Image Mangement Plus Agreement** **-Dispute due to failure of IKON to perfrom as agreed.** | X | X | X | 28,901.85 |
| Account No. **Jerry Parker 9805 Lantz Drive Morgan Hill, CA 95037** | | - | Unsecured Business Loan | | | | 95,501.00 |
| Account No. **Landess Institute, LLC PO Box 1805 Cupertino, CA 95015** | X | - | **Lease at 3078 Landess Avenue San Jose, CA 95132** **Any claim is subject to setoff for mitigation and security deposit.** | | | | 30,689.94 |

Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 155,392.79

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **Alpha Factors**                                                ,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**Landess Institute, LLC** | | | **Landess Institute LLC<br>c/o Stephen Pahl<br>Pahl & McKay<br>225 Santa Clara St., Suite 1500<br>San Jose, CA 95113** | | | | |
| Account No.<br><br>**Monterey Plaza LP<br>c/o Gerry C. Schmelter<br>Blackmar, Principe & Schmelter<br>600 B Street, Suite 2250<br>San Diego, CA 92101** | - | | **11/11/1998<br>Notice Only<br><br>Lease for 5504 Monterey Road, San Jose, CA. Any claim is subject to setoff for mitigation and security deposit.** | | | | **0.00** |
| Account No.<br><br>Representing:<br>**Monterey Plaza LP** | | | **Kimco Realty Corp.<br>1621 B South Melrose Drive<br>Vista, CA 92081** | | | | |
| Account No.<br><br>Representing:<br>**Monterey Plaza LP** | | | **Menlo Management<br>1010 El Camino Real, Suite 210<br>Menlo Park, CA 94025** | | | | |
| Account No.<br><br>**Olson Research Group, Inc.<br>4300 El Camino Real Suite 101<br>Los Altos, CA 94022** | - | | **Sublease Security Deposit. Debtor subleases 4300 El Camino Real, Suite 101, Los Altos, CA to Olson Research Group. Any claim is subject to setoff for subtenant's obligation to pay rent under sublease.** | X | X | X | **17,500.00** |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Alpha Factors**                                                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Pretzer Partnership**<br>**1905 Park Avenue, Suite 200**<br>**San Jose, CA 95126** | | - | **Master landlord of sublease for 1700 Winchester Blvd., Suite 102, Campbell, CA - for notice only** | | | | **0.00** |
| Account No.  <br><br>**Prudential California Realty**<br>**3078 Landess Avenue**<br>**San Jose, CA 95132** | | - | **May, 2004**<br>**Sublease security deposit. Debtor subleases 3078 Landess Avenue, San Jose, CA to Prudential California Realty. Any claim is subject to setoff for subtenant's obligation to pay rent under sublease.** | X | X | | **7,375.00** |
| Account No.  <br><br>**Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** | X | - | **Lease for 1900 McCarthy, Suites 400 & 412, Milpitas, CA**<br>**Any claim is subject to setoff for mitigation and security deposit.** | X | X | X | **20,498.00** |
| Account No.  <br><br>**Representing:**<br>**Realty Associates Fund VIII, LP** | | | **Equity Office**<br>**1700 Technology Drive, Suite 150**<br>**San Jose, CA 95110** | | | | |
| Account No.  <br><br>**Representing:**<br>**Realty Associates Fund VIII, LP** | | | **The Realty Associates Fund VIII, LP**<br>**c/o CB Richard Ellis**<br>**1900 McCarthy Blvd., Suite 445**<br>**Milpitas, CA 95035** | | | | |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **27,873.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Alpha Factors** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rossi, Hamerslough, Reischl & Chuck** <br> **1960 The Alameda** <br> **San Jose, CA 95126** | - | | **Attorneys Fees** | | | | 15,985.74 |
| Account No. <br><br> **San Jose Mercury News** <br> **c/o Steven A. Booska** <br> **250 Montgomery Street, Suite 720** <br> **San Francisco, CA 94104** | - | | **Trade Debt - disputed** | X | X | X | 3,434.95 |
| Account No. <br><br> **Steve W. Dollar** <br> **Ericksen, Arbuthnot, Kilduff, Day, et al** <br> **152 North Third Street, Suite 700** <br> **San Jose, CA 95112** | - | | **Notice Only** <br> **Dalton, et al vs Century 21 Alpha** <br> **Case No 1-03-CV-011268 & H029678** | | | | 0.00 |
| Account No. **x4811** <br><br> **TelePacific Communcations** <br> **515 South Flower Street, 47th Floor** <br> **Los Angeles, CA 90071** | - | | **Telephone Service** <br> **Los Gatos Location** | | | | 0.00 |
| Account No. <br><br> **Vera Dalton & William Corbin** <br> **c/o Susan Reischl** <br> **Rossi, Hamerslough, Reischl & Chuck** <br> **1960 The Alameda** <br> **San Jose, CA 95126** | - | | **Notice Only** <br> **Dalton, et al vs Century 21 Alpha** <br> **Case No 1-03-CV-011268 & H029678** | X | X | X | 0.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  19,420.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **Alpha Factors** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4277** <br><br> **WF Business Direct** <br> **PO Box 348750** <br> **Sacramento, CA 95834** | | - | | Business Line of Credit | | | | 24,859.68 |
| Account No. **xxxx-xxxx-xxxx-4880** <br><br> **WF Business Direct** <br> **PO Box 348750** <br> **Sacramento, CA 95834** | | - | | Trade debt | | | | 34,717.59 |
| Account No. **xxxxxxxxxx2256** <br><br> **XO Communication** <br> **8851 Sandy Parkway** <br> **Sandy, UT 84070** | | - | | Internet Service Provider | X | X | X | 11,286.44 |
| Account No. **xxxxxxxxx3990** <br><br> **XO Communication** <br> **8851 Sandy Parkway** <br> **Sandy, UT 84070** | | - | | Telephone Service | X | X | X | 7,753.21 |
| Account No. | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **78,616.92**

Total
(Report on Summary of Schedules)  **4,848,910.69**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Alpha Factors**                                     ,    Case No. _____

                                         **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** | **Lease for 1901 South Bascom, Suite #500 and**<br>**#110, Campbell, CA**<br>**Surrendered possession 2/6/08** |
| **Caltronics**<br>**10491 Old Placerville Road**<br>**Sacramento, CA 95827** | **Equipment Lease (Los Gatos - B3720)**<br>**Expires: April 18, 2011** |
| **Caltronics**<br>**10491 Old Placerville Road**<br>**Sacramento, CA 95827** | **Equipment Lease (McCarthy - B3635)**<br>**Expires: March 6, 2010** |
| **Caltronics**<br>**10491 Old Placerville Road**<br>**Sacramento, CA 95827** | **Equipment Lease (McCarthy - B2407)**<br>**Expires: October 14, 2008** |
| **Caltronics**<br>**10491 Old Placerville Road**<br>**Sacramento, CA 95827** | **Equipment Lease (El Camino - 43740)**<br>**Expires: October 12, 2008** |
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **Lease at 4300 El Camino Real, Los Altos, CA**<br>**94022**<br>**Expires: December 31, 2010**<br>**Possession surrendered pre-petition** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | **Franchise Agreement** |
| **CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Copier Lease (Milpitas)**<br>**Expires: November 17, 2009**<br>**3 Contracts** |
| **CitiMortgage, Inc.**<br>**Attn: John Ordonez, Risk Management**<br>**1000 Technology Dr., MS 111**<br>**O Fallon, MO 63368** | **Wholesale Lending Program Agreement.**<br>**Agreement was terminated by CitiMortgage due to**<br>**low loan volume on May 19, 2008.** |
| **Danny Lustina**<br>**1097 Syracuse Circle**<br>**Vacaville, CA 95687** | **Consulting Agreement, Debtor no longer has copy**<br>**due to office burglary several years ago.**<br>**Agreement is believed to have expired.** |

**2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re    **Alpha Factors**                                                                      Case No. _____
_____,
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Edward V. Zimbrick | Sublease of 3078 Landess Avenue, San Jose, CA<br>**Possession surrendered pre-petition to master landlord, Landess Institute LLC** |
| **Exchange Bank/Dumac**<br>**PO Box 760**<br>**Santa Rosa, CA 95402** | **Furniture Lease**<br>**Expires: February 19, 2009** |
| **Fidelity National Title Ins. Co.**<br>**1700 Winchester Blvd., Suite 102**<br>**Campbell, CA 95008** | **Sublease at 1700 Winchester Boulevard, Suite 102, Campbell, CA  95008**<br>**Debtor is subtenant, in possession of premises**<br>**Expires: November 30, 2009** |
| **First Franklin Financia Corporation**<br>**Attn: Joe McKone**<br>**2150 North First Street, Suite 600**<br>**San Jose, CA 95131** | **Mortgage Broker Agreement.  Agreement was terminated by First Frankline due to low loan volume on March 5, 2008.** |
| **GMAC Mortgage, LLC**<br>**1901 Bascom Avenue, Suite 110**<br>**Campbell, CA 95008** | **Sublease for 1901 S. Bascom Avenue, Suite 110, Campbell, CA**<br>**Expires: 3/31/2010**<br>**Debtor is sublessor and surrendered possession to master landlord CA-Pruneyard Limited Partnershp aka Equity Office on 2/6/08.  Rents collected directly by master landlord.** |
| **Ikon Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208** | **Copier Lease**<br>**Expires: August 30, 2010** |
| **Ikon Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208** | **Image Management Plus Agreement**<br>**8/28/05 Agreement** |
| **Landess Institute, LLC**<br>**PO Box 1805**<br>**Cupertino, CA 95015** | **Lease at 3078 Landess Avenue, San Jose, CA 95132**<br>**Expires: August 31, 2010**<br>**Possession surrendered pre-petition** |
| **Leaf Financial Corporation**<br>**2005 Market Street, 15th Floor**<br>**Philadelphia, PA 19103** | **Furniture Lease**<br>**Expires: September 21, 2010** |
| **Marlin Leasing**<br>**PO Box 637**<br>**Mount Laurel, NJ 08054** | **Telephone System Lease**<br>**Expires: March 15, 2009** |
| **Monterey Plaza LP**<br>**c/o Gerry C. Schmelter**<br>**Blackmar, Principe & Schmelter**<br>**600 B Street, Suite 2250**<br>**San Diego, CA 92101** | **Lease at 5504 Monterey Road, San Jose, CA 95138**<br>**Expiration:  July 31, 2011**<br>**Debtor is in possession of premises** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re  **Alpha Factors**                                                                    ,  Case No. _____

                                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Olsen Research Group, Inc.**<br>**4300 El Camino Real, Suite 101**<br>**Los Altos, CA 94022** | **Sublease of 4300 El Camino Real #101, Los Altos, CA**<br>**Debtor is sublessor.  Possession returned to master landlord Camino Altos Plaza pre-bankruptcy.  Subtenant is still in possession.** |
| **Prudential California Realty**<br>**3078 Landess Avenue**<br>**San Jose, CA 95132** | **Sublease of 3078 Landess Avenue, San Jose, CA**<br>**Debtor is sublessor.  Debtor surrendered possession to master landlord Landess Institute LLC pre-petition.** |
| **Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** | **Lease at 1900 McCarthy, Suite 400 & 412, Milpitas, CA  95035**<br>**Expires:  March 31, 2014**<br>**Debtor surrendered possession 6/3/08** |
| **TelePacific Communcations** | **Telephone Service Contract (206 Los Gatos)**<br>**Expires:  September 2008  (faxed letter of termination on May 30, 2008)** |
| **Xerox**<br>**PO Box 660501**<br>**Dallas, TX 75266** | **Copier Lease and related service agreement**<br>**Expires: 11/22/08** |
| **XO Communication**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | **Internet Service Provider Lease and Telephone Service**<br>**Expires: April 2009** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Alpha Factors**                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daija Zimbrick** | **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** |
| **Edward V. Zimbrick** | **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** |
| **Edward V. Zimbrick** | **Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** |
| **Edward V. Zimbrick** | **Landess Institute, LLC**<br>**PO Box 1805**<br>**Cupertino, CA 95015** |
| **Edward V. Zimbrick** | **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** |
| **Edward V. Zimbrick** | **Marlin Leasing**<br>**PO Box 637**<br>**Mount Laurel, NJ 08054** |
| **Edward V. Zimbrick** | **Leaf Financial Corporation**<br>**2005 Market Street, 15th Floor**<br>**Philadelphia, PA 19103** |
| **Edward V. Zimbrick** | **Exchange Bank/Dumac**<br>**PO Box 760**<br>**Santa Rosa, CA 95402** |
| **Edward V. Zimbrick** | **Dell Financial Services**<br>**One Dell Way**<br>**Mail Stop 35B-13**<br>**Austin, TX 78762** |

**0**

——— continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**          Case No. _____

                        Debtor(s)      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___29___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 15, 2008** _____       Signature    **/s/ Edward V. Zimbrick** _____

                                                   **Edward V. Zimbrick**
                                                   **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case: 08-54475    Doc# 1    Filed: 08/15/08    Entered: 08/15/08 14:35:27    Page 36 of 60

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**                     Case No.                     

                                       Debtor(s)              Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$3,003,423.94** | **2008, Jan - present:** <br> **$3,003,423.94 Gross** |
| **$5,464,469.14** | **2007 Ordinary business income** <br> **$5,464,469.14 Gross** |
| **$8,069,207.58** | **2006 Ordinary business income** <br> **$8,069,207.58 Gross** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BZ Services** | **5/29/08 - $3,000**<br>**6/20/08 - $3,000** | **$6,000.00** | **$0.00** |
| **Fidelity National Title Ins. Co.**<br>**1700 Winchester Blvd., Suite 102**<br>**Campbell, CA 95008** | **5/27/08 - $6,368**<br>**6/24/08 - $6,368**<br>**7/21/08 - $6,368** | **$19,104.00** | **$0.00** |
| **Opticom Corporation (sign posts)** | **6/10/08 - $2,509.50**<br>**7/7/08 - $2,203.04**<br>**8/6/08 - $2,031** | **$6,743.54** | **$0.00** |
| **Ikon Financial Services** | **6/12/08 - $6,098.30** | **$6,098.30** | **$0.00** |
| **PG&E** | **5/27/08 - $345.80**<br>**5/29/08 - $185.28**<br>**6/9/08 - $1,690.86**<br>**6/23/08 - $231.65**<br>**7/3/08 - $1,993.89**<br>**7/21/08 - $201.53**<br>**8/4/08 - $ 2,165.66** | **$6,814.67** | **$0.00** |
| **PK II Hold, LLC** | **5/27/08 - $28,108.85**<br>**5/27/08 - $1,121.26**<br>**5/28/08 - $34,439.88**<br>**6/2/08 - $1,197.40**<br>**6/3/08 - $9,439.88**<br>**6/24/08 - $34,439.88**<br>**7/21/08 - $1,021.16**<br>**7/23/08 - $1,202.24** | **$145,410.43** | **$0.00** |
| **XO Communication**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | **5/19/08 - $1,337.65**<br>**6/24/08 - $6,212.76**<br>**7/14/08 - $ 2,052.41**<br>**7/14/08 - $2,753.89** | **$12,356.71** | **$14,237.28** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Garlic Broadband Services**<br>**P.O. Box 1246**<br>**San Martin, CA 95046** | **8/1/2008** | **$7,027.00** | **$0.00** |

None
☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **President, Sole Shareholder** | **1/8/08 - 7/29/08- $61,311.98**<br>**Health insurance: $7,161.60** | **$68,473.58** | **$2,633,710.82** |

     **4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Debtor vs. Century 21 Real Estate; Case No. C08-01408-RS (removed action)** | **Complaint for breach of franchise agreement, fraud, rescission, unfair business practices.** | **Northern District of California** | **Settled** |
| **J. Marth vs. G. Lauer, et al Case No.: 1-0-CV-075867** | **Fraud** | **Santa Clara County Superior Court, San Jose, CA** | **In mediation** |
| **M. Ortiz vs. I. Camacho, et al Case No. 1-07-CV-082660** | **Property** | **Santa Clara County Superior Court San Jose, CA** | **Settled 1/8/2008** |
| **R. Barta, et al vs. Alpha Factors, et al. Case No. 4-07-SC-023958** | **Small Claims, Money** | **Santa Clara County Superior Court San Jose, CA** | **Won 4/08** |
| **CA-Pruneyard Limited Partnership vs. Alpha Factors; Case No. 108-CV-103973.** | **Unlawful Detainer** | **Santa Clara County Superior Court San Jose, CA** | **Dismissed** |
| **Alpha Factors dba Century 21 Alpha, Edward Zimbrick and Daija Zimbrick vs. CA-Pruneyard Limited Partnership, Equity Office, et al.; Case No. 108-CV-105170** | **Complaint for breach of contract, fraud, misrepresentation, and rescission. Cross-Complaint for rent, enforcement of guaranty** | **Santa Clara County Superior Court San Jose, CA** | **Pending** |
| **Y. Slusser vs. G. Jones Case No. 1-01-CV-802146** | **Contract** | **Santa Clara County Superior Court San Jose, CA** | **Arbitration award, dismissed** |
| **Corbin/Dalton v. Century 21 Alpha, et al Case No. H029678 (6th Apellate District) Case No. 1-03-CV-011268 (Santa Clara Superia Court)** | **Real Property** | **6th Appellate District Court and Santa Clara County Superior Court of California** | **Judgment/Vedict. Case appealed and fees and costs reconsidered. Debtor filed an Appeal.** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **May 28, 2008: $15,000; July 10, 2008: $8,823.05; July 30, 2008: $25,000; August 5, 2008: $3,731.50 August 15, 2008: $10,000; August 15, 2008: $8,347.36 (includes $1,039 Chapter 11 filing fee).** | **$70,901.91 for financial analysis including review of secured debt; review, advice and settlement of various leases with landlords and financial institutions; assist in surrender of leases; review and settlement of Century 21 franchise agreement and litigation; review of state court and district court litigation and communications with counsel; and provide alternative options to bankruptcy and explain the impact of same to Debtor.** |
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **July 25, 2008** | **$116,652.64 for Chapter 11 Retainer. (Original amount received was $125,000 which was reduced by the $8,347.36 mentioned above).** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | | **See Setoffs in #13 below.** |
| **Olson Research Group, Inc.**<br>**4300 El Camino Real Suite 101**<br>**Los Altos, CA 94022** | | **See Setoff in #13 below.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **7/1/08 - $10,000 security deposit setoff against arrears**<br>**7/28/08 - $7,594.50 in furnishings, fixtures...credited to balance owed by Debtor. Landlord now in possession of this furniture and equipment.** | **$17,594.50** |
| **Olson Research Group, Inc.**<br>**4300 El Camino Real Suite 101**<br>**Los Altos, CA 94022** | **$30,376 due in receivable from Olson, $17,500 security deposit setoff, amount remaining to be paid is now: $12,876.** | **$17,500** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | **8/14/08 - Settlement agreement to forego claims agains one another and move forward with amended franchise agreements along with their addendums.** | |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 647 N. Santa Cruz Ave.<br>Los Gatos, CA 95030 | Alpha Factors | Vacated prior to filing of petition |
| 1900 McCarthy Blvd., Suites 400 and 412<br>Milpitas, CA | Alpha Factors dba Century 21 Alpha | 11/10/2003 - 6/3/2008 |
| 3078 Landess Avenue<br>San Jose, CA 95132 | Edward V. Zimbrick dba Century 21 Alpha | 9/1/2000; possession returned pre-petition |
| 4300 El Camino Real, Suite 101<br>Los Altos, CA | Alpha Factors dba Century 21 Alpha | 8/1/2005; possession returned pre-petition, subtenant still in possession |
| 1901 S. Bascom Avenue, Suite 500 and 110<br>Campbell, CA | Alpha Factors dba Century 21 Alpha | 2/1/2003 - 2/6/2008 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Ruzzo Sholl & Murphy**<br>**2323 South Bascom Avenue**<br>**Campbell, CA 95008-4310** | **1976 - present** |
| **Alpha Factors, Attn: Edward Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **1976 - present** |

None
■

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Ruzzo Scholl & Murphy** | **2323 South Bascom Avenue**<br>**Campbell, CA 95008-4310** |

| NAME | ADDRESS |
|---|---|
| **Alpha Factors atten: Edward Zimbrick** | **5504 Monterey Road**<br>**San Jose, CA 95138** |

<table>
<tr><td>None<br>☐</td><td>d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.</td></tr>
</table>

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Equity Office**<br>**1740 Technology Drive, Suite 500**<br>**San Jose, CA 95110** | |

### 20. Inventories

<table>
<tr><td>None<br>■</td><td>a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.</td></tr>
</table>

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

<table>
<tr><td>None<br>■</td><td>b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.</td></tr>
</table>

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.</td></tr>
</table>

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

<table>
<tr><td>None<br>☐</td><td>b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.</td></tr>
</table>

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Edward V. Zimbrick** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.</td></tr>
</table>

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

<table>
<tr><td>None<br>■</td><td>b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.</td></tr>
</table>

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 15, 2008**        Signature    **/s/ Edward V. Zimbrick**

                                                     **Edward V. Zimbrick**

                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**           Case No.
<br>                    Debtor(s)      Chapter     **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.       The undersigned is the attorney for the debtor(s) in this case.

2.       The compensation paid or agreed to be paid by the debtor(s), to the undersigned is: **See Statement of Financial Affairs #9.**

       a)       For legal services rendered or to be rendered in contemplation of and in connection with this case .................................................................. $      **0.00**

       b)       Prior to the filing of this statement, debtor(s) have paid .................... $      **0.00**

       c)       The unpaid balance due and payable is ........................................ $      **0.00**

3.       $ **1,039.00** of the filing fee in this case has been paid.

4.       The Services rendered or to be rendered include the following:

       a.       Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

5.       The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.       The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.       The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.       The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **August 15, 2008**              Respectfully submitted,

                                         /s/ Heinz Binder

                                         Attorney for Debtor: **Heinz Binder #87908**
<br>                                         **Binder & Malter, LLP**
<br>                                         **2775 Park Avenue**
<br>                                         **Santa Clara, CA 95050**
<br>                                         **(408) 295-1700  Fax: (408) 295-1531**

# United States Bankruptcy Court

## Northern District of California

In re **Alpha Factors** ,                                   Case No. _____

Debtor                                   Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 15, 2008**_____          Signature _**/s/ Edward V. Zimbrick**_____

**Edward V. Zimbrick**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Alpha Factors** _____    Case No. _____

                       Debtor(s)    Chapter   **11** _____

## CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __**9**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **August 15, 2008** _____       **/s/ Heinz Binder** _____

                                                  Signature of Attorney
                                                  **Heinz Binder #87908**
                                                  **Binder & Malter, LLP**
                                                  **2775 Park Avenue**
                                                  **Santa Clara, CA 95050**
                                                  **(408) 295-1700   Fax: (408) 295-1531**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Advanta Bank Corp.
PO Box 307115
Salt Lake City, UT 84130-0715


American Express
PO Box 0001
Los Angeles, CA 90096


American Express
2965 W. Corp. Lake Blvd.
Fort Lauderdale, FL 33331-3626


Bank of America
PO Box 15102
Wilmington, DE 19886-5102


Bank of America
PO Box 26078
Greensboro, NC 27420


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


CA-Pruneyard Limited Partnership
c/o Equity Office
1999 South Bascom Avenue, Suite 200
Campbell, CA 95008


Caltronics
10491 Old Placerville Road
Sacramento, CA 95827

Camino Altos Plaza
One Eleven Main Street, Suite 7
Los Altos, CA 94022


Camino Altos Plaza, Inc.
c/o Arnell Enterprises, Inc.
Attn: Roger W. Burnell, President
One Eleven Main Street, Suite 7
Los Altos, CA 94022


Century 21 Real Estate Corp.
Attn: Lynett J. Carhart-Gladdis, Esq.
Senior Vice President - Legal
1 Campus Drive
Parsippany, NJ 07054


Century 21 Real Estate LLC
c/o John A. Schwimmer, Esq.
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089


Chase
PO Box 15298
Wilmington, DE 19850-5298


CIGA
Attn: Nancy Shoffner
P.O. Box 29066
Glendale, CA 91209-9066


CIGA Coverage Counsel
Fred Hall, Esq.
Black, Compean & Hall
445 S. Figueora Street, #2800
Los Angeles, CA 90071


CIT Technology Financial Services, Inc.
PO Box 550599
Jacksonville, FL 32255

CitiMortgage, Inc.
Attn: John Ordonez, Risk Management
1000 Technology Drive, MS 111
O Fallon, MO 63368


Colleen M. and Harry G. Galland
51427 Springlake Loop
Scappoose, OR 97056


Cornish & Carey Commercial
P.O. Box 58159
Attn: Accounting Dept
Santa Clara, CA 95052-8159


Daija Zimbrick
5504 Monterey Road
San Jose, CA 95138


Daija Zimbrick


Danny Lustina
1097 Syracuse Circle
Vacaville, CA 95687


Dell Financial Services
One Dell Way
Mail Stop 35B-13
Austin, TX 78762


Diane Renee Lambert &Dianna Hope Lambert
c/o David R. Sylva
David R. Sylva Law Offices
1960 The Alameda, Suite 204
San Jose, CA 95126

Dimension Funding
6 Hughes, Suite 220
Irvine, CA 92618


EDD
Director
800 Capital Mall
Sacramento, CA 95812


Edward V. Zimbrick
5504 Monterey Road
San Jose, CA 95138


Edward V. Zimbrick


EOP - Pruneyard, LLC
c/o Equity Office Properties Trust
1999 S. Bascom Ave., #200
Campbell, CA 95008


Equity Office
1700 Technology Drive, Suite 150
San Jose, CA 95110


Equity Office
c/o Joseph Schieffer, Esq.
Stark, Wells, Rahl et al
1999 Harrison Street, Suite 1520
Oakland, CA 94612


Equity Office Properties Trust
Two North Riverside Plaza, #2100
Attn: Regional Counsel - San Jose
Chicago, IL 60606

Exchange Bank/Dumac
PO Box 760
Santa Rosa, CA 95402


Fidelity National Title Ins. Co.
1700 Winchester Blvd., Suite 102
Campbell, CA 95008


First Franklin Financia Corporation
Attn: Joe McKone
2150 North First Street, Suite 600
San Jose, CA 95131


Forman Holt Eliades & Ravin, LLC
Attn: Daniel M. Eliades
80 Route 4 East
Paramus, NJ 07652


Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA 95812


Glenn L. and Darlene S. Harbeck
569 Timmonsville Way
Lady Lake, FL 32162


GMAC Mortgage LLC
500 Enterprise Road
Horsham, PA 19044


GMAC Mortgage, LLC
1901 Bascom Avenue, Suite 110
Campbell, CA 95008

Ikon Financial Services
PO Box 9115
Macon, GA 31208


Ikon Financial Services
1738 Bass Road
Macon, GA 31210


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
(San Jose Cases)
Insolvency, MS 5420/5430
55 S. Market Street
San Jose, CA 95113


IOS Capital
1738 Bass Road
Macon, GA 31210-1043


Jerry Parker
9805 Lantz Drive
Morgan Hill, CA 95037


Kimco Realty Corp.
1621 B South Melrose Drive
Vista, CA 92081


Landess Institute LLC
c/o Stephen Pahl
Pahl & McKay
225 Santa Clara St., Suite 1500
San Jose, CA 95113

Landess Institute, LLC
PO Box 1805
Cupertino, CA 95015


Leaf Financial Corporation
2005 Market Street, 15th Floor
Philadelphia, PA 19103


Marlin Leasing
PO Box 637
Mount Laurel, NJ 08054


Menlo Management
1010 El Camino Real, Suite 210
Menlo Park, CA 94025


Monterey Plaza LP
c/o Gerry C. Schmelter
Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, CA 92101


Olsen Research Group, Inc.
4300 El Camino Real, Suite 101
Los Altos, CA 94022


Olson Research Group, Inc.
4300 El Camino Real Suite 101
Los Altos, CA 94022


Pretzer Partnership
1905 Park Avenue, Suite 200
San Jose, CA 95126

Prudential California Realty
3078 Landess Avenue
San Jose, CA 95132


Realty Associates Fund VIII, LP
1900 McCarthy Blvd. Suite 445
Milpitas, CA 95035


Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126


San Jose Mercury News
c/o Steven A. Booska
250 Montgomery Street, Suite 720
San Francisco, CA 94104


Santa Barbara Bank & Trust
P.O. Box 60607
Santa Barbara, CA 93160-0607


State Board of Equalization
P. O. Box 942879
Sacramento, CA 94279-0001


Steve W. Dollar
Ericksen, Arbuthnot, Kilduff, Day, et al
152 North Third Street, Suite 700
San Jose, CA 95112


TelePacific Communcations
515 South Flower Street, 47th Floor
Los Angeles, CA 90071

Thang M. Nguyen & Ashley Huong Le
21511 Almaden Road
San Jose, CA 95120-4311


The Realty Associates Fund VIII, LP
c/o CB Richard Ellis
1900 McCarthy Blvd., Suite 445
Milpitas, CA 95035


Vera Dalton & William Corbin
c/o Susan Reischl
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126


WF Business Direct
PO Box 348750
Sacramento, CA 95834


Xerox
PO Box 660501
Dallas, TX 75266


XO Communication
8851 Sandy Parkway
Sandy, UT 84070

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**                          Case No.              

                                      Debtor(s)             Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alpha Factors**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■   None [*Check if applicable*]

| | |
|---|---|
| **August 15, 2008** | **/s/ Heinz Binder** |
| Date | **Heinz Binder #87908** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Alpha Factors** |
| | **Binder & Malter, LLP** |
| | **2775 Park Avenue** |
| | **Santa Clara, CA 95050** |
| | **(408) 295-1700 Fax:(408) 295-1531** |