| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alpha Factors** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Century 21 Alpha; DBA Century 21 Alpha Realtors; DBA Alpha Homes; DBA All American Finance; DBA Alpha Referral Network; DBA Calf Venture; DBA Real Estate Home Loans** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**94-2530778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5504 Monterey Road**<br>**San Jose, CA**<br>ZIP Code **95138** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Alpha Factors** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>■   No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Alpha Factors** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Heinz Binder**
Signature of Attorney for Debtor(s)

**Heinz Binder #87908**
Printed Name of Attorney for Debtor(s)

**Binder & Malter, LLP**
Firm Name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Address

**(408) 295-1700  Fax: (408) 295-1531**
Telephone Number

**September  9, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward V. Zimbrick**
Signature of Authorized Individual

**Edward V. Zimbrick**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  9, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re    __Alpha Factors__                       Case No. __08-54475__

Debtor(s)           Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** | **American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** | **Credit card, trade debt** | | **34,299.00** |
| **Bank of America**<br>**PO Box 15102**<br>**Wilmington, DE 19886-5102** | **Bank of America**<br>**PO Box 15102**<br>**Wilmington, DE 19886-5102** | **Credit line** | | **42,073.19** |
| **Bank of America**<br>**PO Box 26078**<br>**Greensboro, NC 27420** | **Bank of America**<br>**PO Box 26078**<br>**Greensboro, NC 27420** | **Credit line** | | **101,425.63** |
| **Bank of America**<br>**PO Box 15102**<br>**Wilmington, DE 19886-5102** | **Bank of America**<br>**PO Box 15102**<br>**Wilmington, DE 19886-5102** | **Credit line** | | **50,333.10** |
| **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** | **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** | **Lease of 1901 South Bascom Avenue, Campbell, Suite 110 and 500. Subject to setoff of litigation claims, mitigation and security deposit.** | **Contingent Unliquidated Disputed** | **310,000.00** |
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **Lease at 4300 El Camino Real, Suite 101, Los Altos, CA 94022 Any claim is subject to setoff for mitigation.** | | **56,268.93** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**Portland, OR 97205-3089** | **Contingent claim for unpaid royalty fees due as of July 31, 2008. Under written agreement, claim only arises in event of failure to provide creditor** | **Contingent** | **250,000.00** |

In re    **Alpha Factors**                              Case No.    **08-54475**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Trade debt** | | **33,927.95** |
| **Colleen M. and Harry G. Galland**<br>**51427 Springlake Loop**<br>**Scappoose, OR 97056** | **Colleen M. and Harry G. Galland**<br>**51427 Springlake Loop**<br>**Scappoose, OR 97056** | **Unsecured business loan** | | **150,000.00** |
| **Diane Renee Lambert &Dianna Hope Lambert**<br>**c/o David R. Sylva**<br>**David R. Sylva Law Offices**<br>**1960 The Alameda, Suite 204**<br>**San Jose, CA 95126** | **Diane Renee Lambert &Dianna Hope Lambert**<br>**c/o David R. Sylva**<br>**David R. Sylva Law Offices**<br>**San Jose, CA 95126** | **Claim for attorneys fees, indemnity as Cross-Defendant in Dalton, et al vs Century 21 Alpha, Case No 1-03-CV-011268 & H029678 Amount is per pending c** | **Contingent Unliquidated Disputed** | **149,371.17** |
| **Glenn L. and Darlene S. Harbeck**<br>**569 Timmonsville Way**<br>**Lady Lake, FL 32162** | **Glenn L. and Darlene S. Harbeck**<br>**569 Timmonsville Way**<br>**Lady Lake, FL 32162** | **Unsecured Business Loan** | | **560,000.00** |
| **Ikon Financial Services**<br>**1738 Bass Road**<br>**Macon, GA 31210** | **Ikon Financial Services**<br>**1738 Bass Road**<br>**Macon, GA 31210** | **Image Mangement Plus Agreement -Dispute due to failure of IKON to perfrom as agreed.** | **Contingent Unliquidated Disputed** | **28,901.85** |
| **Jerry Parker**<br>**9805 Lantz Drive**<br>**Morgan Hill, CA 95037** | **Jerry Parker**<br>**9805 Lantz Drive**<br>**Morgan Hill, CA 95037** | **Unsecured Business Loan** | | **95,501.00** |
| **Landess Institute, LLC**<br>**PO Box 1805**<br>**Cupertino, CA 95015** | **Landess Institute, LLC**<br>**PO Box 1805**<br>**Cupertino, CA 95015** | **Lease at 3078 Landess Avenue San Jose, CA 95132**<br>**Any claim is subject to setoff for mitigation and security deposit.** | **Contingent Unliquidated Disputed** | **30,689.94** |
| **Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** | **Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** | **Lease for 1900 McCarthy, Suites 400 & 412, Milpitas, CA**<br>**Any claim is subject to setoff for mitigation and security deposit.** | **Contingent Unliquidated Disputed** | **20,498.00** |
| **Rossi, Hamerslough, Reischl & Chuck**<br>**1960 The Alameda**<br>**San Jose, CA 95126** | **Rossi, Hamerslough, Reischl & Chuck**<br>**1960 The Alameda**<br>**San Jose, CA 95126** | **Attorneys Fees** | | **24,892.74** |

In re    **Alpha Factors**                                              Case No.    **08-54475**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Vera Dalton & William Corbin c/o Susan Reischl Rossi, Hamerslough, Reischl & Chuck 1960 The Alameda San Jose, CA 95126 | Vera Dalton & William Corbin c/o Susan Reischl Rossi, Hamerslough, Reischl & Chuck San Jose, CA 95126 | Plaintiffs in Dalton, et al vs Century 21 Alpha, Case No 1-03-CV-011268 & H029678.  Amount is award of attorneys fees and costs and is presently on ap | Contingent Unliquidated Disputed | 262,905.50 |
| WF Business Direct PO Box 348750 Sacramento, CA 95834 | WF Business Direct PO Box 348750 Sacramento, CA 95834 | Business Line of Credit | | 24,579.51 |
| WF Business Direct PO Box 348750 Sacramento, CA 95834 | WF Business Direct PO Box 348750 Sacramento, CA 95834 | Credit card, trade debt | | 35,480.63 |
| XO Communication 8851 Sandy Parkway Sandy, UT 84070 | XO Communication 8851 Sandy Parkway Sandy, UT 84070 | Internet Service Provider | Contingent Unliquidated Disputed | 11,286.44 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September  9, 2008**                            Signature    **/s/ Edward V. Zimbrick**

**Edward V. Zimbrick**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**                                                                                    ,

Case No.    **08-54475**

Debtor

Chapter                                    **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,260,379.68 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 55,132.61 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 5,509,456.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 1,260,379.68 | | |
| | | Total Liabilities | | 5,564,589.35 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors** _____ ,
   Debtor

Case No. _____ **08-54475** _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Alpha Factors**                                                    ,    Case No.    __08-54475__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Mutual** **Acct #306-209834-4** | - | **41,469.61** |
| | | **Comerica Bank** **Acct. #1892957331** | - | **176,604.48** |
| | | **Washington Mutual** **Acct. #306-209835-2** | - | **100.00** |
| | | **Bank of America Savings Account** **Account #12620-07189** | - | **100.00** |
| | | **Bank of America** **Acct. #12621-06608** | - | **4,408.80** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | | | | |
| 7.  Furs and jewelry. | | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | | | |

|  | Sub-Total > | **222,682.89** |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

In re     **Alpha Factors**                                                    Case No.     **08-54475**
_____ ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | **Commissions Due from Sales Pending** | - | 839,950.00 |
| | | **Rental arrears owed by Subtenant Olson Research Group, Inc.** **Receivable was $30,376, security deposit of $17,500 was set off by Debtor leaving amount remaining due of $12,876** | - | 12,876.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |

Sub-Total >     852,826.00
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Alpha Factors**                                           ,    Case No.    __08-54475__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchise Agreements as amended. Franchisor Century 21 Real Estate LLC** | - | Unknown |
| | | **California Department of Real Estate Broker License** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

In re   **Alpha Factors**                                 ,      Case No.   **08-54475**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | | **Listings on Hand (Possible income if property sales are completed $2,752,454.  Amount changes daily.)** | **-** | **Unknown** |
| 31.  Animals. | | | | |
| 32.  Crops - growing or harvested. Give particulars. | | | | |
| 33.  Farming equipment and implements. | | | | |
| 34.  Farm supplies, chemicals, and feed. | | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,075,508.89** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __**Alpha Factors**_____,  Case No. ___**08-54475**_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx7-000**<br><br>**CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | | - | **Copier Lease**<br>**Milpitas Location** | | | | | |
| | | | Value $            **0.00** | | | | **1,016.32** | **1,016.32** |
| Account No. **xxx-xxxxxx4-000**<br><br>**CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | | - | **Copier Lease for Los Gatos Location** | | | | | |
| | | | Value $            **0.00** | | | | **1,415.47** | **1,415.47** |
| Account No. **xxx-xxxxxx9-000**<br><br>**CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | | - | **Copier leased for Los Altos location** | | | | | |
| | | | Value $            **0.00** | | | | **654.58** | **654.58** |
| Account No. **xxx-xxxxxx2-000**<br><br>**CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | | - | **Phone system lease for Los Gatos location** | | | | | |
| | | | Value $            **0.00** | | | | **1,415.47** | **1,415.47** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

**4,501.84**   **4,501.84**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **Alpha Factors** , Case No. **08-54475**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 2-23-04 | | | | | |
| **Dimension Funding** **6 Hughes, Suite 220** **Irvine, CA 92618** | | | - | | **UCC-1** **Agreement for purchase of telephone system foliong expiration of lease, located in Winchester location.** | | | | | |
| | | | | | Value $           **Unknown** | | | | **11,555.46** | **Unknown** |
| Account No. **xxxxxxxx0274** | | | | | Disguised security agreement for office furniture. Debtor no longer has office furniture due to closure of McCarthy office. | | | | | |
| **Exchange Bank/Dumac Leasing** **PO Box 760** **Santa Rosa, CA 95402** | X | | - | | | | | | | |
| | | | | | Value $           **Unknown** | | | | **2,301.72** | **Unknown** |
| Account No. **xxx-xxxxxx7-001** | | | | | 2-19-04 | | | | | |
| **Marlin Leasing** **PO Box 637** **Mount Laurel, NJ 08054** | | | - | | **Telephone system lease used at McCarthy location, now in storage** | | | | | |
| | | | | | Value $           **Unknown** | | | | **5,719.40** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **19,576.58** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **24,078.42** | **4,501.84** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Alpha Factors**                                    Case No. **08-54475**
_____,
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-0016<br><br>**Advanta Bank Corp.**<br>**PO Box 307115**<br>**Salt Lake City, UT 84130-0715** | | - | | | Credit card, trade debt | | | | 8,206.80 |
| Account No. xxxx-xxxxxx-x1000<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | X | - | | | Credit line, trade debt | | | | 9,497.91 |
| Account No. xxxx-xxxxxx-x1003<br><br>**American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** | X | - | | | Credit line | | | | 3,888.45 |
| Account No. xxxx-xxxxxx-x1003<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | X | - | | | Credit card | | | | 1,844.78 |
| | | | | | Subtotal<br>(Total of this page) | | | | 23,437.94 |

__8__  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:27694-080701    Best Case Bankruptcy

In re **Alpha Factors** , Case No. **08-54475**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x4007** | | | Credit card, trade debt | | | | |
| **American Express 2965 W. Corp. Lake Blvd. Fort Lauderdale, FL 33331-3626** | X | - | | | | | 34,299.00 |
| Account No. **xxxxxxxxxx6389** | | | Credit line | | | | |
| **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | | - | | | | | 50,333.10 |
| Account No. **xxxx-xxxxxx-x0948** | | | Credit line | | | | |
| **Bank of America PO Box 15102 Wilmington, DE 19886-5102** | X | - | | | | | 42,073.19 |
| Account No. **xxxxxxxxxx0699** | | | Credit line | | | | |
| **Bank of America PO Box 26078 Greensboro, NC 27420** | | - | | | | | 101,425.63 |
| Account No. **xxxx-xxxx-xxxx-6581** | | | Credit card, trade debt | | | | |
| **Bank of America PO Box 15184 Wilmington, DE 19850-5184** | X | - | | | | | 492.60 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **228,623.52**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Alpha Factors** ,                                          Case No. **08-54475**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8692** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | | Credit card, trade debt | | | | 3,799.92 |
| Account No. **xxxx-xxxx-xxxx-8676** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | | Credit card, trade debt | | | | 3,089.38 |
| Account No. **xxxxxxxxxxxx4555** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | | Credit card, trade debt | | | | 1,149.30 |
| Account No. **xxxx-xxxx-xxxx-6565** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | | Credit card, trade debt | | | | 1,942.73 |
| Account No. **xxxxxxxxxx9374** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850-5184** | X | - | | Credit card, trade debt | | | | 9,377.68 |

Sheet no. **2** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,359.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Alpha Factors** ,  Case No. **08-54475**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Camino Altos Plaza <br> One Eleven Main Street, Suite 7 <br> Los Altos, CA 94022** | - | | | **Lease at 4300 El Camino Real, Suite 101, Los Altos, CA 94022 <br> Any claim is subject to setoff for mitigation.** | | | | 56,268.93 |
| Account No. <br><br> **Representing: <br> Camino Altos Plaza** | | | | **Camino Altos Plaza, Inc. <br> c/o Arnell Enterprises, Inc. <br> Attn: Roger W. Burnell, President <br> One Eleven Main Street, Suite 7 <br> Los Altos, CA 94022** | | | | |
| Account No. **xxxxx-0001, 0002, 0003, 0004** <br><br> **Century 21 Real Estate LLC <br> c/o John A. Schwimmer, Esq. <br> Sussman Shank LLP <br> 1000 SW Broadway, Suite 1400 <br> Portland, OR 97205-3089** | X - | | | **Contingent claim for unpaid royalty fees due as of July 31, 2008. Under written agreement, claim only arises in event of failure to provide creditor with audit information by December 31, 2008.** | X | | | 250,000.00 |
| Account No. <br><br> **Representing: <br> Century 21 Real Estate LLC** | | | | **Century 21 Real Estate Corp. <br> Attn: Lynett J. Carhart-Gladdis, Esq. <br> Senior Vice President - Legal <br> 1 Campus Drive <br> Parsippany, NJ 07054** | | | | |
| Account No. <br><br> **Representing: <br> Century 21 Real Estate LLC** | | | | **Forman Holt Eliades & Ravin, LLC <br> Attn: Daniel M. Eliades <br> 80 Route 4 East <br> Paramus, NJ 07652** | | | | |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  306,268.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Alpha Factors** ,    Case No. **08-54475**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0526** | | - | | Credit card, trade debt | | | | |
| **Chase** **PO Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | **33,927.95** |
| Account No. | | - | | Providing defense in Dalton, et al vs. Century 21 Alpha, Case No 1-03-CV-011268 & H029678. | X | X | X | |
| **CIGA** **Attn: Nancy Shoffner** **P.O. Box 29066** **Glendale, CA 91209-9066** | | | | | | | | **Unknown** |
| Account No. | | | | CIGA Coverage Counsel **Fred Hall, Esq.** **Black, Compean & Hall** **445 S. Figueora Street, #2800** **Los Angeles, CA 90071** | | | | |
| **Representing:** **CIGA** | | | | | | | | |
| Account No. | X | - | | Claim for attorneys fees, indemnity as Cross-Defendant in Dalton, et al vs Century 21 Alpha, Case No 1-03-CV-011268 & H029678 Amount is per pending contested motion for fees and costs.  Appeal also pending. | X | X | X | |
| **Diane Renee Lambert &Dianna Hope Lambert** **c/o David R. Sylva** **David R. Sylva Law Offices** **1960 The Alameda, Suite 204** **San Jose, CA 95126** | | | | | | | | **149,371.17** |
| Account No. | | - | | Oral sublease of 3078 Landess Avenue, San Jose, CA.  Original lease between Edward Zimbrick and Landess Institute LLC. | | | | |
| **Edward V. Zimbrick** **5504 Monterey Road** **San Jose, CA 95138** | | | | | | | | **Unknown** |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **183,299.12**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Alpha Factors** , Case No. **08-54475**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Sublease of 1700 Winchester Blvd. Suite 102, Campbell, CA. Any claim is subject to setoff for mitigation and security deposit. | | | | |
| **Fidelity National Title Ins. Co.** **2099 Gateway Place, Suite 100** **Atten: John Killen** **San Jose, CA 95110** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Mortgage Broker Agreement | | | | |
| **First Franklin Financial Corporation** **Attn: Joe McKone** **2150 North First Street, Suite 600** **San Jose, CA 95131** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | 8-1-08 Master service agreements (2) for hosted internet broadband and long distance telephone services at Winchester Boulevard and Monterey Road locations. | | | | |
| **Garlic Broadband** **Atten: Contract Administration** **P.O. Box 1246** **San Martin, CA 95046** | | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Subleasee. Debtor subleased Suite 110 at 1901 S. Bascom Avenue, Campbell, CA to GMAC Mortgage LLC. Any claim is subject to setoff for subtenant's obligation to pay rent under sublease. | | | | |
| **GMAC Mortgage, LLC** **1901 Bascom Avenue, Suite 110** **Campbell, CA 95008** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | **GMAC Mortgage LLC** **500 Enterprise Road** **Horsham, PA 19044** | | | | |
| **Representing:** **GMAC Mortgage, LLC** | | | | | | | |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Case: 08-54475   Doc# 30   Filed: 09/09/08   Entered: 09/09/08 15:54:19   Page 20 of 50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Alpha Factors** _____, Case No. **08-54475** _____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Julie L. Marth** <br> **c/o John B. Keating, Esq.** <br> **P. O. Box 620622** <br> **Redwood City, CA 94062** | X | - | **J. Marth vs. G. Lauer, Century 21 Alpha et al., Case No. 1-06-CV-075867** | X | X | X | **Unknown** |
| Account No. <br><br> **Landess Institute, LLC** <br> **PO Box 1805** <br> **Cupertino, CA 95015** | X | - | **Lease at 3078 Landess Avenue** <br> **San Jose, CA 95132** <br> **Any claim is subject to setoff for mitigation and security deposit.** | X | X | X | **30,689.94** |
| Account No. <br><br> **Representing:** <br> **Landess Institute, LLC** | | | **Landess Institute LLC** <br> **c/o Stephen Pahl** <br> **Pahl & McKay** <br> **225 Santa Clara St., Suite 1500** <br> **San Jose, CA 95113** | | | | |
| Account No. <br><br> **Monterey Plaza LP** <br> **c/o Gerry C. Schmelter** <br> **Blackmar, Principe & Schmelter** <br> **600 B Street, Suite 2250** <br> **San Diego, CA 92101** | | - | **11/11/1998** <br> **Notice Only** <br><br> **Lease for 5504 Monterey Road, San Jose, CA.** <br> **Any claim is subject to setoff for mitigation and security deposit.** | X | X | | **0.00** |
| Account No. <br><br> **Representing:** <br> **Monterey Plaza LP** | | | **Kimco Realty Corp.** <br> **1621 B South Melrose Drive** <br> **Vista, CA 92081** | | | | |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **30,689.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Alpha Factors** ,                    Case No. **08-54475**
_____         _____
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Monterey Plaza LP** | | | Menlo Management 1010 El Camino Real, Suite 210 Menlo Park, CA 94025 | | | | |
| Account No. **Pretzer Partnership 1905 Park Avenue, Suite 200 San Jose, CA 95126** | - | | Master landlord of sublease for 1700 Winchester Blvd., Suite 102, Campbell, CA. The Debtor does not believe it has any direct obligations to this landlord. | X | X | X | 0.00 |
| Account No. **Prudential California Realty 3078 Landess Avenue San Jose, CA 95132** | - | | May, 2004 Sublease security deposit. Debtor subleased 3078 Landess Avenue, San Jose, CA to Prudential California Realty. Any claim is subject to setoff for subtenant's obligation to pay rent under sublease. | X | X | X | 7,375.00 |
| Account No. **Rossi, Hamerslough, Reischl & Chuck 1960 The Alameda San Jose, CA 95126** | - | | Attorneys Fees | | | | 24,892.74 |
| Account No. **Steven W. Dollar Ericksen, Arbuthnot, Kilduff, Day, et al 152 North Third Street, Suite 700 San Jose, CA 95112** | | | Notice Only Dalton, et al vs Century 21 Alpha Case No 1-03-CV-011268 & H029678 | | | | 0.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **32,267.74**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Alpha Factors**                                                                      ,      Case No.  **08-54475**
                                                                                                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vera Dalton & William Corbin c/o Susan Reischl Rossi, Hamerslough, Reischl & Chuck 1960 The Alameda San Jose, CA 95126** | | - | **Plaintiffs in Dalton, et al vs Century 21 Alpha, Case No 1-03-CV-011268 & H029678. Amount is award of attorneys fees and costs and is presently on appeal.** | X | X | X | 262,905.50 |
| Account No. **xxxx-xxxx-xxxx-4277** <br><br>**WF Business Direct PO Box 348750 Sacramento, CA 95834** | X | - | **Business Line of Credit** | | | | 24,579.51 |
| Account No. **xxxx-xxxx-xxxx-4880** <br><br>**WF Business Direct PO Box 348750 Sacramento, CA 95834** | X | - | **Credit card, trade debt** | | | | 35,480.63 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 322,965.64 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,146,911.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Alpha Factors**   ,   Case No.   **08-54475**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **Lease at 4300 El Camino Real, Los Altos, CA 94022**<br>**Expires: December 31, 2010**<br>**Possession surrendered and terminated lease July 31, 2008** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | **Franchise Agreements as amended** |
| **CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Phone System lease for Los Gatos location, contract #901-0017202-000** |
| **CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Copier lease for Los Gatos location, contract #910-0043634-000** |
| **CIT Technology Financial Services, Inc.**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Copy machine lease for Los Altos location, contract #910-0023719-000.** |
| **Dell Financial Services**<br>**One Dell Way**<br>**Mail Stop 35B-13**<br>**Austin, TX 78762** | **Computer lease #003-6246279-002.  Lease expired and equipment was bought out under purchase option.** |
| **Dimension Funding LLC**<br>**6 Hughes, Suite 220**<br>**Irvine, CA 92618** | **Agreement for purchase of telephone system following expiration of lease, used in Winchester location.** |
| **Fidelity National Title Ins. Co.**<br>**2099 Gateway Place, Suite 100**<br>**Atten: John Killen**<br>**San Jose, CA 95110** | **Sublease at 1700 Winchester Boulevard, Suite 102, Campbell, CA  95008**<br>**Debtor is subtenant, in possession of premises**<br>**Expires: November 30, 2009** |
| **Garlic Broadband**<br>**Atten: Contract Administration**<br>**P.O. Box 1246**<br>**San Martin, CA 95046** | **Master Service Agreements (2) dated August 1, 2008 to provide Internet broadband and long distance telephone service and related equipment being installed at 1700 Winchester Blvd., Suite 102, Campbell, CA and 5504 Monterey Highway, San Jose, CA locations.  Five year term.** |

1       continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Alpha Factors**                                 ,    Case No.    **08-54475**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Licensed Real Estate Salespersons**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **The Debtor is a party to approximately 241 independent contractor agreements with licensed real estate salespersons. These agreements are terminable at will by either party and entitle the licensed salespersons to a share of the commission earned by the Debtor as Broker on real estate listings and sales generated by the licensed salesperson. The Debtor is also party to Confidentiality Agreements with all of its current and former licensed real estate salespersons.** |
| **Marlin Leasing**<br>**PO Box 637**<br>**Mount Laurel, NJ 08054** | **Telephone System Lease previously used at McCarthy location, now in storage**<br>**Expires: March 15, 2009** |
| **Olsen Research Group, Inc.**<br>**4300 El Camino Real, Suite 101**<br>**Los Altos, CA 94022** | **Sublease of 4300 El Camino Real #101, Los Altos, CA**<br>**Debtor is sublessor. Sublease terminated July 31, 2008. Subtenant is still in possession under new lease with principal landlord Camino Altos Plaza.** |
| **Real Property Management Clients**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **The Debtor is a party to approximately 60 oral and written property management agreements whereby it assists property owners with the leasing of their residential properties, collects rents which are deposited into trust accounts, refunds security deposits and pays expenses.** |
| **Santa Barbara Bank & Trust**<br>**P.O. Box 60607**<br>**Santa Barbara, CA 93160-0607** | **Lease of panels. Believed to be the same as Leaf Financial.** |
| **XO Communication**<br>**8851 Sandy Parkway**<br>**Sandy, UT 84070** | **Service agreements for internet service and related telephone service (Multiple agreements and locations) Expires: April 2009** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **Alpha Factors**   ,   Case No.   **08-54475**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Charles Patrick Fuery**<br>**c/o Vahishta Falahati, Esq.**<br>**Crosby & Rowell LLP**<br>**229 Third Street, 2nd Floor**<br>**Oakland, CA 94607**<br>  **Co-defendant in J. Marth vs. G. Lauer, Century**<br>**21 Alpha et al., Case No. 1-06-CV-075867** | **Julie L. Marth**<br>**c/o John B. Keating, Esq.**<br>**P. O. Box 620622**<br>**Redwood City, CA 94062** |
| **Daija Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** |
| **Daija Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Edesa Forslin**<br>**1127 Del Oro Way**<br>**Gilroy, CA 95020**<br>  **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Realty Associates Fund VIII, LP**<br>**1900 McCarthy Blvd. Suite 445**<br>**Milpitas, CA 95035** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Landess Institute, LLC**<br>**PO Box 1805**<br>**Cupertino, CA 95015** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **CA-Pruneyard Limited Partnership**<br>**c/o Equity Office**<br>**1999 South Bascom Avenue, Suite 200**<br>**Campbell, CA 95008** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Leaf Financial Corporation**<br>**2005 Market Street, 15th Floor**<br>**Philadelphia, PA 19103** |

   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Alpha Factors**                            ,   Case No.   **08-54475**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Exchange Bank/Dumac Leasing**<br>**PO Box 760**<br>**Santa Rosa, CA 95402** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **Dell Financial Services**<br>**One Dell Way**<br>**Mail Stop 35B-13**<br>**Austin, TX 78762** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **Bank of America**<br>**PO Box 15102**<br>**Wilmington, DE 19886-5102** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **American Express**<br>**2965 W. Corp. Lake Blvd.**<br>**Fort Lauderdale, FL 33331-3626** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **WF Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **WF Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** |
| **Edward V. Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>  **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **Alpha Factors** , Case No. **08-54475**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fred Martin**<br>**c/o Edward McCutchan**<br>**Ginder Sunderland & Carlosn LLP**<br>**412 Aviation Boulevard, Suite D**<br>**Santa Rosa, CA 95403**<br>    **Co-defendant in J. Marth vs. G. Lauer, Century**<br>**21 Alpha et al., Case No. 1-06-CV-075867** | **Julie L. Marth**<br>**c/o John B. Keating, Esq.**<br>**P. O. Box 620622**<br>**Redwood City, CA 94062** |
| **Gilbert E. Lauer**<br>**c/o Ronald Rossi, Esq.**<br>**Rossi Hammerslough Reischl et al.**<br>**1960 The Alameda, Suite 200**<br>**San Jose, CA 95126**<br>    **Co-defendant in J. Marth vs. G. Lauer, Century**<br>**21 Alpha et al., Case No. 1-06-CV-075867** | **Julie L. Marth**<br>**c/o John B. Keating, Esq.**<br>**P. O. Box 620622**<br>**Redwood City, CA 94062** |
| **Joanie Francis**<br>**c/o Steven W. Dollar**<br>**Ericksen Arbuthnot Kilduff et al.**<br>**152 N. Third Street, Suite  700**<br>**San Jose, CA 95112**<br>    **Co-Defendant/Cross-Complainant in lawsuit**<br>**brought by Dalton and Corbin.** | **Diane Renee Lambert &Dianna Hope Lambert**<br>**c/o David R. Sylva**<br>**David R. Sylva Law Offices**<br>**1960 The Alameda, Suite 204**<br>**San Jose, CA 95126** |
| **Karen M. Lauer**<br>**c/o Ronald Rossi, Esq.**<br>**Rossi Hammerslough Reischl et al.**<br>**1960 The Alameda, Suite 200**<br>**San Jose, CA 95126**<br>    **Co-defendant in J. Marth vs. G. Lauer, Century**<br>**21 Alpha et al., Case No. 1-06-CV-075867** | **Julie L. Marth**<br>**c/o John B. Keating, Esq.**<br>**P. O. Box 620622**<br>**Redwood City, CA 94062** |
| **Rhonda Truran**<br>**5387 Brenda Avenue**<br>**San Jose, CA 95124**<br>    **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |
| **Rich Robinson**<br>**c/o Steven W. Dollar**<br>**Ericksen Arbuthnot Kilduff et al.**<br>**152 N. Third Street, Suite  700**<br>**San Jose, CA 95112**<br>    **Co-Defendant/Cross-Complainant in lawsuit**<br>**brought by Dalton and Corbin.** | **Diane Renee Lambert &Dianna Hope Lambert**<br>**c/o David R. Sylva**<br>**David R. Sylva Law Offices**<br>**1960 The Alameda, Suite 204**<br>**San Jose, CA 95126** |
| **Robert A. Zimbrick**<br>**8434 Pastori Way**<br>**Sacramento, CA 95828**<br>    **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Alpha Factors**                                            ,    Case No.    **08-54475**
                                        Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Stanford Property and Finance**<br>**c/o Vahishta Falahati, Esq.**<br>**Crosby & Rowell LLP**<br>**229 Third Street, 2nd Floor**<br>**Oakland, CA 94607**<br>  **Co-defendant in J. Marth vs. G. Lauer, Century**<br>**21 Alpha et al., Case No. 1-06-CV-075867** | **Julie L. Marth**<br>**c/o John B. Keating, Esq.**<br>**P. O. Box 620622**<br>**Redwood City, CA 94062** |
| **Steven Guy Coulston**<br>**5504 Monterey Road**<br>**San Jose, CA 95138**<br>    **possible co-debtor** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850-5184** |

Sheet  __3__  of  __3__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Alpha Factors**        Case No. **08-54475**

Debtor(s)      Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 9, 2008**        Signature    **/s/ Edward V. Zimbrick**

                                               **Edward V. Zimbrick**
                                               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**                  Case No.    **08-54475**

Debtor(s)          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,003,423.94** | **2008, Jan - present:**<br>**$3,003,423.94 Gross** |
| **$5,464,469.14** | **2007 Ordinary business income**<br>**$5,464,469.14 Gross** |
| **$8,069,207.58** | **2006 Ordinary business income**<br>**$8,069,207.58 Gross** |

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**

None

■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BZ Services** | **5/29/08 - $3,000** <br> **6/20/08 - $3,000** | **$6,000.00** | **$0.00** |
| **Fidelity National Title Ins. Co.** <br> **1700 Winchester Blvd., Suite 102** <br> **Campbell, CA 95008** | **5/27/08 - $6,368** <br> **6/24/08 - $6,368** <br> **7/21/08 - $6,368** | **$19,104.00** | **$0.00** |
| **Opticom Corporation (sign posts)** | **6/10/08 - $2,509.50** <br> **7/7/08 - $2,203.04** <br> **8/6/08 - $2,031** | **$6,743.54** | **$0.00** |
| **Ikon Financial Services** | **6/12/08 - $6,098.30** | **$6,098.30** | **$0.00** |
| **PG&E** | **5/27/08 - $345.80** <br> **5/29/08 - $185.28** <br> **6/9/08 - $1,690.86** <br> **6/23/08 - $231.65** <br> **7/3/08 - $1,993.89** <br> **7/21/08 - $201.53** <br> **8/4/08 - $ 2,165.66** | **$6,814.67** | **$0.00** |
| **PK II Hold, LLC** | **5/27/08 - $28,108.85** <br> **5/27/08 - $1,121.26** <br> **5/28/08 - $34,439.88** <br> **6/2/08 - $1,197.40** <br> **6/3/08 - $9,439.88** <br> **6/24/08 - $34,439.88** <br> **7/21/08 - $1,021.16** <br> **7/23/08 - $1,202.24** | **$145,410.43** | **$0.00** |
| **XO Communication** <br> **8851 Sandy Parkway** <br> **Sandy, UT 84070** | **5/19/08 - $1,337.65** <br> **6/24/08 - $6,212.76** <br> **7/14/08 - $ 2,052.41** <br> **7/14/08 - $2,753.89** | **$12,356.71** | **$14,237.28** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Garlic Broadband Services** P.O. Box 1246 San Martin, CA 95046 | **8/1/2008** | **$7,027.00** | **$0.00** |
| **Camino Altos Plaza, Inc.** c/o Arnell Enterprises, Inc. Attn: Roger W. Burnell, President One Eleven Main Street, Suite 7 Los Altos, CA 94022 | **7/1/08 setoff of security deposit $10,000 7/28/08 sale of furniture and telephone system by setoff of $7,594.50** | **$17,594.50** | **$56,268.93** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Edward V. Zimbrick** 5504 Monterey Road San Jose, CA 95138   President, Sole Shareholder | **Draws 1/8/08 - 7/29/08- $61,311.98 Health insurance: $7,161.60** | **$68,473.58** | **$2,633,710.82** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Debtor vs. Century 21 Real Estate LLC; Case No. C08-01408-RS (removed action)** | **Complaint for breach of franchise agreement, fraud, rescission, unfair business practices.** | **Northern District of California, San Jose Division** | **Settled and dismissed 8-14-08.** |
| **J. Marth vs. G. Lauer, et al Case No.: 1-06-CV-075867** | **Fraud** | **Santa Clara County Superior Court, San Jose, CA** | **Pending, in mediation. Motion for non-suit granted 8-29-08 by mediator.** |
| **M. Ortiz vs. I. Camacho, et al Case No. 1-07-CV-082660** | **Property** | **Santa Clara County Superior Court San Jose, CA** | **Settled 1/8/2008** |
| **R. Barta, et al vs. Alpha Factors, et al. Case No. 4-07-SC-023958** | **Small Claims, Money** | **Santa Clara County Superior Court San Jose, CA** | **Judgment Debtor June 2008** |
| **CA-Pruneyard Limited Partnership vs. Alpha Factors; Case No. 108-CV-103973.** | **Unlawful Detainer** | **Santa Clara County Superior Court San Jose, CA** | **Dismissed** |
| **Alpha Factors dba Century 21 Alpha, Edward Zimbrick and Daija Zimbrick vs. CA-Pruneyard Limited Partnership, Equity Office, et al.; Case No. 108-CV-105170** | **Complaint for breach of contract, fraud, misrepresentation, and rescission. Cross-Complaint for rent, enforcement of guaranty** | **Santa Clara County Superior Court San Jose, CA** | **Pending** |
| **Y. Slusser vs. G. Jones Case No. 1-01-CV-802146** | **Contract** | **Santa Clara County Superior Court San Jose, CA** | **Favorable arbitration award, dismissed** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Corbin and Dalton v. Century 21 Alpha, et al Case No. H029678 (6th Apellate District) Case No. 1-03-CV-011268 (Santa Clara Superior Court)** | **Real Property** | **6th District Court of Appeals and Santa Clara County Superior Court, San Jose, CA** | **Judgment/Vedict. Case appealed and fees and costs reconsidered. Debtor filed a notice of appeal.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP 2775 Park Avenue San Jose, CA 95150** | **May 28, 2008: $15,000; July 10, 2008: $8,823.05; July 30, 2008: $25,000; August 5, 2008: $3,731.50 August 15, 2008: $10,000; August 15, 2008: $8,347.36 (includes $1,039 Chapter 11 filing fee).** | **$70,901.91 for financial analysis including review of secured debt; review, advice and settlement of various leases with landlords and financial institutions; assist in surrender of leases; review and settlement of Century 21 franchise agreement and litigation; review of state court and district court litigation and communications with counsel; and provide alternative options to bankruptcy and explain the impact of same to Debtor.** |
| **Binder & Malter, LLP 2775 Park Avenue San Jose, CA 95150** | **July 25, 2008** | **$116,652.64 for Chapter 11 Retainer. (Original amount received was $125,000 which was reduced by the $8,347.36 mentioned above).** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Camino Altos Plaza One Eleven Main Street, Suite 7 Los Altos, CA 94022** | **July, 2008** | **See Setoffs in #13 below.** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Olson Research Group, Inc.**<br>**4300 El Camino Real Suite 101**<br>**Los Altos, CA 94022** | **July, 2008** | **Debtor setoff security deposit it held from this subtenant of $17,500 against rental arrears owed to Debtor under sublease $30,376. Balance of $12,876 remains a receivable owed to Debtor.** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089**<br>    **Franchisor** | **August 14, 2008** | **Debtor settled litigation with franchisor Century 21 Real Estate LLC through amended franchise agreements which also included dismissal of Debtor's litigation claims against franchisor and release of franchisor's claims for outstanding royalties owed by Debtor. Agreement is subject to assumption by Debtor as part of a plan of reorganization.** |
| **Alternative Office Solutions**<br>**1685 S. 7th Street**<br>**San Jose, CA 95112**<br>    **None** | **Approx. May 19, 2008** | **Removed all used office furnishings from 1900 McCarthy Boulevard, Suite 400, Milpitas, CA after Debtor received 3 day notice from landlord. The used office furnishings were exchanged for the cost of disassembly and removal. Value, if any, of used office furnishings approx. 4 years or older was $1 or less.** |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Camino Altos Plaza**<br>**One Eleven Main Street, Suite 7**<br>**Los Altos, CA 94022** | **7/1/08 - $10,000 security deposit setoff against rental arrears.**<br>**7/28/08 - Sold $7,594.50 of office furniture and telephone system to landlord. Amount setoff against rental arrears.** | **$17,594.50** |
| **Century 21 Real Estate LLC**<br>**c/o John A. Schwimmer, Esq.**<br>**Sussman Shank LLP**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205-3089** | **8/14/08 - Settlement agreement to forego claims against one another and move forward with amended franchise agreements along with their addendums.** | **Unknown** |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Various Property Management Clients**<br>**various** | **Trust account for security deposits held on behalf of various property management clients of the Debtor.  The Debtor deposits security deposits from tenants of its property management clients into this account and makes refunds from this account.  Last four digits of account no. are 2856.   Value on date of bankruptcy approximately $142,789.00.** | **Comerica Bank**<br>**1245 S. Winchester Blvd.**<br>**San Jose, CA  95128** |
| **Various Property Management Clients**<br>**various** | **Trust account for various property management clients of the Debtor.  This account is used to deposit rents collected and to pay the mortgage holders, repair persons, utilities and for excess rents receievd on behalf of the property owners.  Last four digits of account no. are 8127.   Value on date of bankruptcy approximately $39,133.23.** | **Comerica Bank**<br>**1245 S. Winchester Blvd.**<br>**San Jose, CA  95128** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **647 N. Santa Cruz Ave.**<br>**Los Gatos, CA 95030** | **Alpha Factors** | **Vacated prior to filing of petition** |
| **1900 McCarthy Blvd., Suites 400 and 412**<br>**Milpitas, CA** | **Alpha Factors dba Century 21 Alpha** | **11/10/2003 - 6/3/2008** |
| **3078 Landess Avenue**<br>**San Jose, CA 95132** | **Edward V. Zimbrick dba Century 21 Alpha** | **9/1/2000; possession returned pre-petition** |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4300 El Camino Real, Suite 101**<br>**Los Altos, CA** | **Alpha Factors dba Century 21 Alpha** | **8/1/2005; possession returned pre-petition, subtenant still in possession** |
| **1901 S. Bascom Avenue, Suite 500 and 110 Campbell, CA** | **Alpha Factors dba Century 21 Alpha** | **2/1/2003 - 2/6/2008** |
| **260 Los Gatos-Saratoga Road, Los Gatos, CA 95030** | **Alpha Factors** | **Through approximately September, 2006** |

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ruzzo Sholl & Murphy**<br>**2323 South Bascom Avenue**<br>**Campbell, CA 95008-4310** | **1976 - present** |
| **Alpha Factors, Attn: Edward Zimbrick**<br>**5504 Monterey Road**<br>**San Jose, CA 95138** | **1976 - present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ruzzo Scholl & Murphy** | **2323 South Bascom Avenue**<br>**Campbell, CA 95008-4310** |

| NAME | ADDRESS |
|------|---------|
| **Alpha Factors atten: Edward Zimbrick** | **5504 Monterey Road**<br>**San Jose, CA 95138** |

| None<br>☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Equity Office**<br>**1740 Technology Drive, Suite 500**<br>**San Jose, CA 95110** | |

#### 20. Inventories

| None<br>■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|

| None<br>■ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
|---|---|

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|----------------------------------|

#### 21 . Current Partners, Officers, Directors and Shareholders

| None<br>■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

| None<br>☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| **Edward V. Zimbrick** | **President** | **100%** |

#### 22 . Former partners, officers, directors and shareholders

| None<br>■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

| None<br>■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September  9, 2008**                Signature      **/s/ Edward V. Zimbrick**

                                                   **Edward V. Zimbrick**

                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **Alpha Factors**          Case No.    **08-54475**

                Debtor(s)      Chapter    **11**

## CREDITOR MATRIX COVER SHEET - AMENDED

       I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **September  9, 2008**            **/s/ Heinz Binder**

                                         Signature of Attorney
                                         **Heinz Binder #87908**
                                         **Binder & Malter, LLP**
                                         **2775 Park Avenue**
                                         **Santa Clara, CA 95050**
                                         **(408) 295-1700   Fax: (408) 295-1531**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Advanta Bank Corp.
PO Box 307115
Salt Lake City, UT 84130-0715


American Express
PO Box 0001
Los Angeles, CA 90096


American Express
2965 W. Corp. Lake Blvd.
Fort Lauderdale, FL 33331-3626


Bank of America
PO Box 15102
Wilmington, DE 19886-5102


Bank of America
PO Box 26078
Greensboro, NC 27420


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Camino Altos Plaza
One Eleven Main Street, Suite 7
Los Altos, CA 94022


Camino Altos Plaza, Inc.
c/o Arnell Enterprises, Inc.
Attn: Roger W. Burnell, President
One Eleven Main Street, Suite 7
Los Altos, CA 94022

Century 21 Real Estate Corp.
Attn: Lynett J. Carhart-Gladdis, Esq.
Senior Vice President - Legal
1 Campus Drive
Parsippany, NJ 07054


Century 21 Real Estate LLC
c/o John A. Schwimmer, Esq.
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089


Charles Patrick Fuery
c/o Vahishta Falahati, Esq.
Crosby & Rowell LLP
229 Third Street, 2nd Floor
Oakland, CA 94607


Chase
PO Box 15298
Wilmington, DE 19850-5298


CIGA
Attn: Nancy Shoffner
P.O. Box 29066
Glendale, CA 91209-9066


CIGA Coverage Counsel
Fred Hall, Esq.
Black, Compean & Hall
445 S. Figueora Street, #2800
Los Angeles, CA 90071


CIT Technology Financial Services, Inc.
PO Box 550599
Jacksonville, FL 32255


Daija Zimbrick
5504 Monterey Road
San Jose, CA 95138

Diane Renee Lambert &Dianna Hope Lambert
c/o David R. Sylva
David R. Sylva Law Offices
1960 The Alameda, Suite 204
San Jose, CA 95126


Dimension Funding
6 Hughes, Suite 220
Irvine, CA 92618


Edesa Forslin
1127 Del Oro Way
Gilroy, CA 95020


Edward V. Zimbrick
5504 Monterey Road
San Jose, CA 95138


Exchange Bank/Dumac Leasing
PO Box 760
Santa Rosa, CA 95402


Fidelity National Title Ins. Co.
2099 Gateway Place, Suite 100
Atten: John Killen
San Jose, CA 95110


First Franklin Financial Corporation
Attn: Joe McKone
2150 North First Street, Suite 600
San Jose, CA 95131


Forman Holt Eliades & Ravin, LLC
Attn: Daniel M. Eliades
80 Route 4 East
Paramus, NJ 07652

```
Fred Martin
c/o Edward McCutchan
Ginder Sunderland & Carlosn LLP
412 Aviation Boulevard, Suite D
Santa Rosa, CA 95403


Garlic Broadband
Atten: Contract Administration
P.O. Box 1246
San Martin, CA 95046


Gilbert E. Lauer
c/o Ronald Rossi, Esq.
Rossi Hammerslough Reischl et al.
1960 The Alameda, Suite 200
San Jose, CA 95126


GMAC Mortgage LLC
500 Enterprise Road
Horsham, PA 19044


GMAC Mortgage, LLC
1901 Bascom Avenue, Suite 110
Campbell, CA 95008


Joanie Francis
c/o Steven W. Dollar
Ericksen Arbuthnot Kilduff et al.
152 N. Third Street, Suite 700
San Jose, CA 95112


Julie L. Marth
c/o John B. Keating, Esq.
P. O. Box 620622
Redwood City, CA 94062


Karen M. Lauer
c/o Ronald Rossi, Esq.
Rossi Hammerslough Reischl et al.
1960 The Alameda, Suite 200
San Jose, CA 95126
```

Kimco Realty Corp.
1621 B South Melrose Drive
Vista, CA 92081


Landess Institute LLC
c/o Stephen Pahl
Pahl & McKay
225 Santa Clara St., Suite 1500
San Jose, CA 95113


Landess Institute, LLC
PO Box 1805
Cupertino, CA 95015


Marlin Leasing
PO Box 637
Mount Laurel, NJ 08054


Menlo Management
1010 El Camino Real, Suite 210
Menlo Park, CA 94025


Monterey Plaza LP
c/o Gerry C. Schmelter
Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, CA 92101


Pretzer Partnership
1905 Park Avenue, Suite 200
San Jose, CA 95126


Prudential California Realty
3078 Landess Avenue
San Jose, CA 95132

Rhonda Truran
5387 Brenda Avenue
San Jose, CA 95124


Rich Robinson
c/o Steven W. Dollar
Ericksen Arbuthnot Kilduff et al.
152 N. Third Street, Suite 700
San Jose, CA 95112


Robert A. Zimbrick
8434 Pastori Way
Sacramento, CA 95828


Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126


Stanford Property and Finance
c/o Vahishta Falahati, Esq.
Crosby & Rowell LLP
229 Third Street, 2nd Floor
Oakland, CA 94607


Steven Guy Coulston
5504 Monterey Road
San Jose, CA 95138


Steven W. Dollar
Ericksen, Arbuthnot, Kilduff, Day, et al
152 North Third Street, Suite 700
San Jose, CA 95112


Vera Dalton & William Corbin
c/o Susan Reischl
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126

```
WF Business Direct
PO Box 348750
Sacramento, CA 95834
```