Entered on Docket
October 30, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 29, 2008

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

1 HEINZ BINDER, #87907
ROBERT G. HARRIS, #124678
2 JULIE ROME-BANKS, #142364
ROYA SHAKOORI, #236383
3 BINDER & MALTER, LLP
2775 Park Avenue
4 Santa Clara, CA 95050
Telephone: (408) 295-1700
5 Facsimile:  (408) 295-1531

6 Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>ALPHA FACTORS, INC., dba Century 21 Alpha,<br><br>Debtor. | Case No.  08-54475 RLE<br><br>Chapter 11<br><br>NO HEARING REQUIRED |

### ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL FOR DEBTOR

The Court has considered the Ex Parte Application For Appointment of Special Counsel (the "Application") filed by Debtor and debtor in possession Alpha Factors, Inc. dba Century 21 Alpha (the "Debtor").  There being no objection, and good cause appearing therefor, the Application be and hereby is GRANTED.

IT IS THEREFORE ORDERED that

1. Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc. ("Special Counsel") be and hereby is  employed as special counsel for the Debtor pursuant to 11 U.S.C. section 327(e).

2. The Debtor shall not pay Special Counsel for services rendered or expenses advanced until after entry of an order of this Court approving such payment

ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL          PAGE 1

1 | after a hearing on notice to all creditors.
2 | ***** END OF ORDER *****

ORDER GRANTING EX PARTE APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL    PAGE 2

# COURT SERVICE LIST

<u>Attorneys for Debtor</u>

Robert G. Harris, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050