STEVE W. DOLLAR, ESQ. (SBN 104365)
LIAM J. O'CONNOR, ESQ. (SBN 246638)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone (408) 286-0880
Facsimile (408) 286-0337

Attorneys for Defendants
ALPHA FACTORS dba CENTURY 21 ALPHA

FILED
JUL 14 2009
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 08-54475-RLE |
| Alpha Factors dba Century 21 Alpha | Chapter 11 |
| Debtor. | NO HEARING UNLESS REQUESTED |

### MOTION TO BE RELIEVED AS SPECIAL COUNSEL FOR DEBTOR ALPHA FACTORS dba CENTURY 21 ALPHA

TO: ALL CREDITORS AND PARTIES REQUESTING SPECIAL NOTICE AND THE U.S. TRUSTEE:

This Motion is brought pursuant to the applicable provisions of U.S. Federal law, including, but not limited to, 11 U.S.C. Section 327. This Motion shall be based upon the Notice, all timely filed and served pleadings in support hereof, including, but not limited to, the Memorandum of Points and Authorities and any declarations in support hereof, all of which are filed and served concurrently herewith, and any and all additional relevant and admissible documents and evidence as may be timely filed hereafter, and such argument as may be presented at the hearing of this Motion.

//
//

1 | Dated: July 13, 2009
2 | ERICKSEN ARBUTHNOT
3 |
4 | *Liam J. O'Connor* (signature)
5 | STEVE W. DOLLAR
6 | LIAM J. O'CONNOR
   | Special Counsel for ALPHA FACTORS
7 | dba CENTURY 21 ALPHA