STEVE W. DOLLAR, ESQ. (SBN 104365)
LIAM J. O'CONNOR, ESQ. (SBN 246638)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone (408) 286-0880
Facsimile (408) 286-0337

Attorneys for Defendants
ALPHA FACTORS dba CENTURY 21 ALPHA

IT IS SO ORDERED.
Signed _7-29-09_

ROGER L. EFREMSKY
U.S. Bankruptcy Judge

FILED

JUL 2 9 2009
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Alpha Factors dba Century 21 Alpha

Debtor.

Bankruptcy Case No. 08-54475-RLE

Chapter 11

NO HEARING UNLESS
REQUESTED

## ~~[PROPOSED]~~ ORDER RE: ERICKSEN ARBUTHNOT MOTION TO BE RELIEVED AS SPECIAL COUNSEL FOR DEBTOR ALPHA FACTORS dba CENTURY 21 ALPHA

The Motion to be Relieved as Special Counsel for Debtor ALPHA

FACTORS dba CENTURY 21 ALPHA is GRANTED. ERICKSEN ARBUTHNOT

is hereby relieved as Special Counsel for Debtor ALPHA FACTORS dba

CENTURY 21 ALPHA.

Furthermore, FOR GOOD CAUSE SHOWN, it is hereby ordered that,

notwithstanding the Automatic Bankruptcy Stay, ERICKSEN ARBUTHNOT is

authorized to file motions to withdraw as counsel for ALPHA FACTORS dba

CENTURY 21 ALPHA in the state court action and appellate court action,

respectively entitled "VERA DALTON, an individual and WILLIAM CORBIN, an

1

Case: 08-54475    Doc# 136    Filed: 07/29/09    Entered: 07/29/09 16:28:23    Page 1 of 8

individual, Plaintiffs, vs. CENTURY 21 ALPHA, business form unknown, JOANIE

FRANCIS, an individual RICH ROBINSON, an individual, DIANE RENEE

LAMBERT and DOES 1 through 50, inclusive, Defendants" (and related cross-

actions), action no. 1 03 CV011268 ("the state court action"); and "Appellant

ALPHA FACTORS dba CENTURY 21 ALPHA, et al. vs. Respondent VERA

DALTON, and individual and WILLIAM CORBIN, an individual," Court of Appeal

Case Number H033247 ("the appellate court action").


DATED:_____

_____
United States Bankruptcy Judge


**-End of Order-**


**Service List**

Please see "Exhibit A" attached hereto.

[PROPOSED] ORDER RE: MOTION TO BE RELIEVED AS SPECIAL COUNSEL FOR
DEBTOR ALPHA FACTORS dba CENTURY 21 ALPHA

Label Matrix for local noticing
0971-5
Case 08-54475
Northern District of California
San Jose
Fri Jun 19 15:12:19 PDT 2009

Alpha Factors
5504 Monterey Road
San Jose, CA 95138-1529

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Century 21 REal Estate, LLC
c/o Forman Holt Eliades & Ravin LLC
80 Rout 4 East, #290
Paramus, NJ 07652-2661

IKON Financial Servies
Bankruptcy Administration
1738 Bass Rd.
P. O. Box 13708
Macon, GA 31208-3708

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

Advanta Bank Corp.
PO Box 307115
Salt Lake City, UT 84130-0715

American Express
2965 W. Corp. Lake Blvd.
Fort Lauderdale, FL 33331-3626

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of America
PO Box 15102
Wilmington, DE 19886-5102

Bank of America
PO Box 15184
Wilmington, DE 19850-5184

Bank of America
PO Box 26078
Greensboro, NC 27420-6078

CA-Pruneyard Limited Partnership
c/o Equity Office
1999 South Bascom Avenue, Suite 200
Campbell, CA 95008-2219

CIGA
Attn: Nancy Shoffner
P.O. Box 29066
Glendale, CA 91209-9066

CIGA Coverage Counsel
Fred Hall, Esq.
Black, Compean & Hall
445 S. Figueora Street, #2800
Los Angeles, CA 90071-1632

CIT Technology Financial Services, Inc.
PO Box 550599
Jacksonville, FL 32255-0599

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258-3941

Caltronics
10491 Old Placerville Road
Sacramento, CA 95827-2531

Camino Altos Plaza
One Eleven Main Street, Suite 7
Los Altos, CA 94022

Camino Altos Plaza
c/o Catherine Schlomann Robertson
Pahl & McCay
225 W. Santa Clara St., Suite 1500
San Jose, CA 95113-1752

Camino Altos Plaza, Inc.
c/o Arnell Enterprises, Inc.
Attn: Roger W. Burnell, President
One Eleven Main Street, Suite 7
Los Altos, CA 94022

Candy Gonsales
250 Watson Drive #2
Campbell, CA 95008-1310

Century 21 Real Estate Corp.
Attn: Lynett J. Carhart-Gladdis, Esq.
Senior Vice President - Legal
1 Campus Drive
Parsippany, NJ 07054-4407

Century 21 Real Estate LLC
c/o John A. Schwimmer, Esq.
Sussman Shank LLP
1000 SW Broadway, #1400
Portland, OR 97205-3089

Century 21 Real Estate LLC
c/o John A. Schwimmer, Esq.
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Century 21 Real Estate, LLC
c/o Forman Holt Eliades & Ravin LLC
80 Route 4 East
Paramus, New Jersey 07652-2647
ATTN: Daniel M. Eliades, Esq

Charles Patrick Fuery
c/o Vahishta Falahati, Esq.
Crosby & Rowell LLP
229 Third Street, 2nd Floor
Oakland, CA 94607

Chase
PO Box 15298
Wilmington, DE 19850-5298

CitiMortgage, Inc.
Attn: John Ordonez, Risk Management
1000 Technology Drive, MS 111
O Fallon, MO 63368-2240

Colleen M. and Harry G. Galland
P.O. Box 98
Lebanon, OR 97355-0098

Cornish & Carey Commercial
P.O. Box 58159
Attn: Accounting Dept
Santa Clara, CA 95052-8159

County of Santa Clara
70 W. Hedding St.
San Jose, CA 95110-1768

Daija Zimbrick
5504 Monterey Road
San Jose, CA 95138-1529

Danny Lustina
1097 Syracuse Circle
Vacaville, CA 95687-4672

Dell Financial Services
One Dell Way
Mail Stop 35B-13
Austin, TX 78762

Diane Renee Lambert
c/o Law Offices of David R. Sylva
404 Saratoga Avenue #204
Santa Clara, CA 95050-7000

Diane Renee Lambert & Dianna Hope Lambert
c/o David R. Sylva
David R. Sylva Law Offices
1960 The Alameda, Suite 204
San Jose, CA 95126-1451

Dimension Funding
6 Hughes, Suite 220
Irvine, CA 92618-2063

EDD
Director
800 Capital Mall
Sacramento, CA 95814-4807

EOP - Pruneyard, LLC
c/o Equity Office Properties Trust
1999 S. Bascom Ave., #200
Campbell, CA 95008-2219

Edesa Forslin
1127 Del Oro Way
Gilroy, CA 95020-7445

Edward V. Zimbrick
5504 Monterey Road
San Jose, CA 95138-1529

Equity Office
1700 Technology Drive, Suite 150
San Jose, CA 95110-1383

Equity Office
c/o Joseph Schieffer, Esq.
Stark, Wells, Rahl et al
1999 Harrison Street, Suite 1520
Oakland, CA 94612-4703

Equity Office Properties Trust
Two North Riverside Plaza, #2100
Attn: Regional Counsel - San Jose
Chicago, IL 60606-2621

Exchange Bank/Dumac
PO Box 760
Santa Rosa, CA 95402-0760

Exchange Bank/Dumac Leasing
PO Box 760
Santa Rosa, CA 95402-0760

Fidelity National Title Ins. Co.
1700 Winchester Blvd., Suite 102
Campbell, CA 95008-1163

Fidelity National Title Ins. Co.
2099 Gateway Place, Suite 100
Atten: John Killen
San Jose, CA 95110-1017

First Franklin Financia Corporation
Attn: Joe McKone
2150 North First Street, Suite 600
San Jose, CA 95131-2048

First Franklin Financial Corporation
Attn: Joe McKone
2150 North First Street, Suite 600
San Jose, CA 95131-2048

Forman Holt Eliades & Ravin, LLC
Attn: Daniel M. Eliades
80 Route 4 East
Paramus, NJ 07652-2647

Franchise Tax Board
Bankruptcy Unit
P. O. Box 2952
Sacramento, CA 95812-2952

Fred Martin
c/o Edward McCutchan
Ginder Sunderland & Carlosn LLP
412 Aviation Boulevard, Suite D
Santa Rosa, CA 95403-1089

GMAC Mortgage LLC
500 Enterprise Road
Horsham, PA 19044-3503

GMAC Mortgage, LLC
1901 Bascom Avenue, Suite 110
Campbell, CA 95008-2207

Garlic Broadband
Atten: Contract Administration
P.O. Box 1246
San Martin, CA 95046-1246

Gilbert E. Lauer
c/o Ronald Rossi, Esq.
Rossi Hammerslough Reischl et al.
1960 The Alameda, Suite 200
San Jose, CA 95126-1451

Glenn L. and Darlene S. Harbeck
569 Timmonsville Way
Lady Lake, FL 32162-6067

IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208-3708

IKON Financial Servies, cr
Bankruptcy Administration
1738 Bass Rd.
P. O. Box 13708
Macon, GA 31208-3708

IOS Capital
1738 Bass Road
Macon, GA 31210-0821

Ikon Financial Services
1738 Bass Road
Macon, GA 31210-1043

Ikon Financial Services
PO Box 9115
Macon, GA 31208-9115

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jerry Parker
9805 Lantz Drive
Morgan Hill, CA 95037-9349

Joanie Francis
c/o Steven W. Dollar
Ericksen Arbuthnot Kilduff et al.
152 N. Third Street, Suite 700
San Jose, CA 95112-5560

Julie L. Marth
c/o John B. Keating, Esq.
P. O. Box 620622
Redwood City, CA 94062-0622

Karen M. Lauer
c/o Ronald Rossi, Esq.
Rossi Hammerslough Reischl et al.
1960 The Alameda, Suite 200
San Jose, CA 95126-1451

Kimco Realty Corp.
1621 B South Melrose Drive
Vista, CA 92081-5498

Landess Institute LLC
c/o Stephen Pahl
Pahl & McKay
225 Santa Clara St., Suite 1500
San Jose, CA 95113-1752

Landess Institute, LLC
PO Box 1805
Cupertino, CA 95015-1805

Leaf Financial Corporation
2005 Market Street, 15th Floor
Philadelphia, PA 19103-7009

Leanna Vague
6471 Standridge Ct.
San Jose, CA 95123-5622

Luis Gonsalez
949 Curtner Avenue
San Jose, CA 95125-2708

Mai Tran
3236 Cortona Drive
San Jose, CA 95135-1175

Marlin Leasing
PO Box 637
Mount Laurel, NJ 08054-0637

Marling Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Melissa Stamps
5516 College Oak Drive
Sacramento, CA 95841-2510

Menlo Management
1010 El Camino Real, Suite 210
Menlo Park, CA 94025-4349

Monterey Plaza LP
c/o Gerry C. Schmelter
Blackmar, Principe & Schmelter
600 B Street, Suite 2250
San Diego, CA 92101-4521

Nick Alfano
18315 Murphy Springs Drive
Morgan Hill, CA 95037-3059

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Olsen Research Group, Inc.
4300 El Camino Real, Suite 101
Los Altos, CA 94022-1090

Olson Research Group, Inc.
4300 El Camino Real Suite 101
Los Altos, CA 94022-1090

Pretzer Partnership
1905 Park Avenue, Suite 200
San Jose, CA 95126-1455

Prudential California Realty
3078 Landess Avenue
San Jose, CA 95132-1120

Realty Associates Fund VIII, LP
1900 McCarthy Blvd. Suite 445
Milpitas, CA 95035-7400

Rhoda Truran
5387 Brenda Avenue
San Jose, CA 95124-5749

Rich Robinson
c/o Steven W. Dollar
Ericksen Arbuthnot Kilduff et al.
152 N. Third Street, Suite 700
San Jose, CA 95112-5560

Robert A. Zimbrick
8434 Pastori Way
Sacramento, CA 95828-6623

Rosemary Greenlaw
825 Villa Avenue
San Jose, CA 95126-2461

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126-1441

San Jose Mercury News
Steven A. Booska, Esq.
250 Montgomery St., Ste 720
San Francisco, CA 94104-3424

San Jose Mercury News
c/o Steven A. Booska
250 Montgomery Street, Suite 720
San Francisco, CA 94104-3424

Santa Barbara Bank & Trust
P.O. Box 60607
Santa Barbara, CA 93160-0607

Santa Clara County Tax Collector
70 W. Hedding St., 6th Fl, East Wing
San Jose CA 95110-1771

Stanford Property and Finance
c/o Vahishta Falahati, Esq.
Crosby & Rowell LLP
229 Third Street, 2nd Floor
Oakland, CA 94607

State Board of Equalization
P. O. Box 942879
Sacramento, CA 94279-0001

Steve W. Dollar
Ericksen, Arbuthnot, Kilduff, Day, et al
152 North Third Street, Suite 700
San Jose, CA 95112-5560

Steven Guy Coulston
5504 Monterey Road
San Jose, CA 95138-1529

Steven W. Dollar
Ericksen, Arbuthnot, Kilduff, Day, et al
152 North Third Street, Suite 700
San Jose, CA 95112-5560

TelePacific Communcations
515 South Flower Street, 47th Floor
Los Angeles, CA 90071-2201

Thang M. Nguyen & Ashley Huong Le
21511 Almaden Road
San Jose, CA 95120-4311

The Realty Associates Fund VIII, LP
c/o CB Richard Ellis
1900 McCarthy Blvd., Suite 445
Milpitas, CA 95035-7400

Thomas J. Spielbauer, intp
P. O. Box 698
Santa Clara, CA 95052-0698

Vera Dalton & William Corbin
c/o Susan Reischl
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126-1441

WF Business Direct
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Bank, N.A.
MAC S4101-08C
100 W. Washington St., Phoenix, AZ 85003

William C. Lewis
510 Waverly St.
Palo Alto, CA 94301-1720

XO Communication
8851 Sandy Parkway
Sandy, UT 84070-6408

XO Communications, Inc.
Attn: Brad Lee
105 Molloy Street, Suite 300
Nashville, TN 37201-2315

Xerox
PO Box 660501
Dallas, TX 75266-0501

Xerox Capital Services LLC
ATTN: Vanessa Adams
PO Box 660506
Dallas, TX 75266-0506

Xerox Corp
Attn: Vanessa Adams
1301 Ridgeview Drive-450
Lewisville, TX 75057-6008

Xuan Quang Pham
3022 Abelia Ct.
San Jose, CA 95121-2401

Colleen Galland
P.O. Box 98
Lebanon, OR 97355-0098

Daija Zimbrick
1450 Lake View Court
San Martin, CA 95046-9475

Diane Renee Lambert
c/o David R. Sylvia, Inc.
Santa Clara, CA 95050-7000

Edward V. Zimbrick
1450 Lake View Court
San Martin, CA 95046-9475

Harry Galland
P.O. Box 98
Lebanon, OR 97355-0098

Heinz Binder
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Julie H. Rome-Banks
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Robert G. Harris
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Roya Shakoori
Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050-6004

Thomas J. Spielbauer
P. O. Box 698
Santa Clara, CA 95052-0698

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
San Jose Cases)
Insolvency, MS 5420/5430
55 S. Market Street
San Jose, CA 95113

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Erickson, Arbuthnot, Kilduff, Day & Lindst

(d)American Express
2965 W. Corp. Lake Blvd.
Fort Lauderdale, FL 33331-3626

(d)American Express
PO Box 0001
Los Angeles, CA 90096-8000

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

(d)Bank of America
PO Box 15102
Wilmington, DE 19886-5102

(d)Bank of America
PO Box 15184
Wilmington, DE 19850-5184

(d)Bank of America
PO Box 26078
Greensboro, NC 27420-6078

(d)Camino Altos Plaza
One Eleven Main Street, Suite 7
Los Altos, CA 94022

(d)Candy Gonsales
250 Watson Drive #2
Campbell, CA 95008-1310

(d)Chase
PO Box 15298
Wilmington, DE 19850-5298

(u)Daija Zimbrick

(d)Diane Renee Lambert &Dianna Hope Lambert
c/o David R. Sylva
David R. Sylva Law Offices
1960 The Alameda, Suite 204
San Jose, CA 95126-1451

(u)Edward V. Zimbrick

(d)Glenn L. and Darlene S. Harbeck
569 Timmonsville Way
Lady Lake, FL 32162-6067

(d)Landess Institute, LLC
PO Box 1805
Cupertino, CA 95015-1805


(d)Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
San Jose, CA 95126-1441

(d)WF Business Direct
PO Box 348750
Sacramento, CA 95834-8750

(d)Edward V. Zimbrick
5504 Monterey Rd.
San Jose, CA 95138-1529


End of Label Matrix
Mailable recipients    126
Bypassed recipients     18
Total                  144