Monthly Operating Report Document

| | **2008** | | | | | YTD Cum |
|---|---|---|---|---|---|---|
| | **August** | **September** | **October** | **November** | **December** | |
| **Gross Income** | $ 288,694 | $ 726,733 | $ 573,497 | $ 313,305 | $ 303,184 | $ 2,205,413 |
| **Operating Expenses** | $ 287,996 | $ 677,838 | $ 537,556 | $ 310,491 | $ 320,790 | $ 2,134,671 |
| **Gross Profit** | $ 698 | $ 48,895 | $ 35,941 | $ 2,814 | $ (17,606) | $ 70,742 |
| **Extraordinary Expenses / Reorganization** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Profit** | $ 698 | $ 48,895 | $ 35,941 | $ 2,814 | $ (17,606) | $ 70,742 |

| | **2009** | | | | | | | | | | | | YTD Cum: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | **November** | **December** | |
| **Gross Income** | $ 325,233 | $ 307,986 | $ 397,135 | $ 377,446 | $ 486,283 | $ 631,124 | $ 535,177 | $ 466,122 | $ 561,133 | $ 443,218 | $ 351,204 | $ 408,201 | $ 5,290,262 |
| **Operating Expenses** | $ 352,216 | $ 344,603 | $ 387,251 | $ 396,306 | $ 456,991 | $ 625,330 | $ 497,367 | $ 447,348 | $ 520,924 | $ 436,617 | $ 338,025 | $ 386,865 | $ 5,189,843 |
| **Gross Profit** | $ (26,983) | $ (36,617) | $ 9,884 | $ (18,860) | $ 29,292 | $ 5,794 | $ 37,810 | $ 18,774 | $ 40,209 | $ 6,601 | $ 13,179 | $ 21,336 | $ 100,419 |
| **Extraordinary Expenses / Reorganization** | $ 6,500 | $ - | $ - | $ 6,500 | $ - | $ - | $ 6,500 | $ - | $ - | $ 6,500 | $ - | $ - | $ 26,000 |
| **Profit** | $ (33,483) | $ (36,617) | $ 9,884 | $ (25,360) | $ 29,292 | $ 5,794 | $ 31,310 | $ 18,774 | $ 40,209 | $ 101 | $ 13,179 | $ 21,336 | $ 74,419 |

| | **2010** | | | | | | | | | | YTD Cum: | Total Cum: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **January** | **February** | **March** | **April** | **May** | **June** | **July** | **August** | **September** | **October** | | |
| **Gross Income** | $ 421,520 | $ 327,580 | $ 411,807 | $ 459,716 | $ 626,695 | $ 588,463 | $ 365,660 | $ 502,531 | $ 428,958 | $ 296,493 | $ 4,429,423 | $ 11,925,098 |
| **Operating Expenses** | $ 412,888 | $ 325,918 | $ 405,542 | $ 444,387 | $ 606,978 | $ 572,522 | $ 252,426 | $ 491,966 | $ 426,491 | $ 294,051 | $ 4,233,169 | $ 11,557,683 |
| **Gross Profit** | $ 8,632 | $ 1,662 | $ 6,265 | $ 15,329 | $ 19,717 | $ 15,941 | $ 13,234 | $ 10,565 | $ 2,467 | $ 2,442 | $ 96,254 | $ 267,415 |
| **Extraordinary Expenses / Reorganization** | $ 6,500 | $ - | $ 4,381 | $ 6,500 | $ 3,200 | $ 50 | $ 9,750 | $ - | $ - | $ - | $ 30,381 | $ 56,381 |
| **Profit** | $ 2,132 | $ 1,662 | $ 1,884 | $ 8,829 | $ 16,517 | $ 15,891 | $ 3,484 | $ 10,565 | $ 2,467 | $ 2,442 | $ 65,873 | $ 211,034 |

**Profit Cumulative Numbers:**

| | |
|---|---|
| YTD Cum 08 | $ 70,742 |
| YTD Cum 09 | $ 74,419 |
| YTD Cum 10 | $ 65,873 |
| Total Cum | $ 211,034 |