HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone:  (408)295-1700
Facsimile:  (408) 295-1531
email: heinz@bindermalter.com
email: rob@bindermalter.com
email: julie@bindermalter.com
email: roya@bindermalter.com

Attorneys for Debtor
Alpha Factors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re | Case No. 08-54475-SLJ |
| ALPHA FACTORS, dba Century 21 Alpha, a California corporation, | Chapter 11 |
| Debtor. | Date: December 2, 2010<br>Time: 2:00 p.m.<br>Courtroom: 3099<br>Judge: Honorable Stephen L. Johnson |

### ORDER APPROVING DISCLOSURE STATEMENT AND
### FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
### OF PLAN COMBINED WITH NOTICE THEREOF

The Debtor and Debtor-in-Possession Alpha Factors, DBA Century 21 Alpha, a

California corporation ("Debtor")  having filed the Debtor's Disclosure Statement

(October 26, 2010) referring to the Debtor's Plan of Reorganization (October 26, 2010);

the Debtor having filed a First Amended Disclosure Statement (November 29, 2010)

(the "Disclosure Statement") and the Debtor's First Amended Plan of Reorganization

1 (November 29, 2010) (the "Plan") on November 29, 2010; the Court having conducted a

2 hearing on December 2, 2010 on notice to all creditors to determine that the Disclosure

3 Statement contains adequate information;  and good cause appearing,

4     IT IS HEREBY ORDERED and notice is hereby given that:

5     A.    The Disclosure Statement be and hereby is approved.

6
7     B.    Not later than December 6, 2010, the Plan, the Disclosure Statement, a

8 copy of this Order, and a ballot substantially conforming to Official Form 14, shall be

9 mailed to creditors, equity security holders, and other parties in interest and shall be

10 transmitted to the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d).

11     C.    January 3, 2011, is fixed as the last day for filing written  acceptances or

12 rejections of the Plan.

13     D.    January 3, 2011, is fixed as the last day for filing and serving pursuant to

14 Fed.R.Bankr.P. 3020(b)(1) written objections to confirmation of the Plan.

15     E.    January 13, 2011 at 2:00 p.m. is fixed as the date for the hearing on

16 confirmation of the Plan.

17                     **END OF ORDER**

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF     Page 2

Case: 08-54475   Doc# 199-3   Filed: 11/29/10   Entered: 11/29/10 15:32:34   Page 2 of 2