

HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
email: heinz@bindermalter.com
email: rob@bindermalter.com
email: julie@bindermalter.com
email: roya@bindermalter.com

Attorneys for Debtor
Alpha Factors

The following constitutes
the order of the court. Signed December 02, 2010

*Stephen Johnson*

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In re

ALPHA FACTORS, dba Century 21
Alpha, a California corporation,

Debtor.

Case No. 08-54475-SLJ

Chapter 11

Date: December 2, 2010
Time: 2:00 p.m.
Courtroom: 3099
Judge: Honorable Stephen L. Johnson

## ORDER APPROVING DISCLOSURE STATEMENT AND
## FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
## OF PLAN COMBINED WITH NOTICE THEREOF

The Debtor and Debtor-in-Possession Alpha Factors, DBA Century 21 Alpha, a

California corporation ("Debtor") having filed the Debtor's Disclosure Statement

(October 26, 2010) referring to the Debtor's Plan of Reorganization (October 26, 2010);

the Debtor having filed a First Amended Disclosure Statement (November 29, 2010)

(the "Disclosure Statement") and the Debtor's First Amended Plan of Reorganization

1  (November 29, 2010) (the "Plan") on November 29, 2010; the Court having conducted a
2  hearing on December 2, 2010 on notice to all creditors to determine that the Disclosure
3  Statement contains adequate information;  and good cause appearing,

4      IT IS HEREBY ORDERED and notice is hereby given that:

5      A.      The Disclosure Statement be and hereby is approved.

6
7      B.      Not later than December 6, 2010, the Plan, the Disclosure Statement, a
8  copy of this Order, and a ballot substantially conforming to Official Form 14, shall be
9  mailed to creditors, equity security holders, and other parties in interest and shall be
10 transmitted to the United States Trustee, as provided in Fed.R.Bankr.P. 3017(d).

11     C.      January 3, 2011, is fixed as the last day for filing written  acceptances or
12 rejections of the Plan.

13     D.      January 3, 2011, is fixed as the last day for filing and serving pursuant to
14 Fed.R.Bankr.P. 3020(b)(1) written objections to confirmation of the Plan.

15     E.      January 13, 2011 at 2:00 p.m. is fixed as the date for the hearing on
16 confirmation of the Plan.

17                        **END OF ORDER**

18

19

20

21

22

23

24

25

26

27

28

Case: 08-54475    Doc# 200    Filed: 12/02/10    Entered: 12/03/10 11:14:34    Page 2 of 4

COURT SERVICE LIST

1

2  Heinz Binder
   Julie H. Rome-Banks,
3  Binder & Malter, LLP
   2775 Park Avenue
4  Santa Clara, CA 95050

5  Securities and Exchange Commission
   Attn: Bankruptcy Counsel
6  5670 Wilshire Boulevard, Floor 11
   Los Angeles, CA 90036

7
   Office of the U.S. Trustee
8  280 S. First Street, Room 268
   San Jose, CA 95113

9

10 Bankruptcy Administration
   IKON Financial Services
11 Atten: Christine R. Etheridge
   1738 Bass Road
12 P.O.Box 13708
   Macon, Georgia 31208-3708

13
   William C. Lewis
14 510 Waverley Street
   Palo Alto, CA 94301

15
   Daniel  M. Eliades, Esq.
16 Forman Holt Eliades & Ravin LLC
   80 Route 4 East, Suite 290
17 Paramus, NJ 07562

18 American Express Centurion Bank
   c/o Becket and Lee LLP
19 Attn: Gilbert B. Weisman, Esq.
   P.O. Box 3001
20 Malvern, PA 19355-0701

21 Thomas Spielbauer, Esq.
   The Spielbauer Law Firm
22 P.O. Box 698
   Santa Clara, CA 95050

23
   David R. Sylva, Esq.
24 A Professional Corporation
   404 Saratoga Avenue, Suite 204
25 Santa Clara, CA 95050-7000

26

27
   ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
28 OF PLAN COMBINED WITH NOTICE THEREOF                                                    Page 3

1    Paul Oudom, Esq.
     Pite Duncan LLP
2    4375 Jutland Drive, Suite 200
     P.O. Box 17933
3    San Diego, CA 92177-0933

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS
OF PLAN COMBINED WITH NOTICE THEREOF