```
HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone:  (408)295-1700
Facsimile:  (408) 295-1531
email: heinz@bindermalter.com
email: rob@bindermalter.com
email: julie@bindermalter.com
email: roya@bindermalter.com

Attorneys for Debtor
Alpha Factors
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>ALPHA FACTORS, dba Century 21 Alpha, a California corporation,<br><br>Debtor. | Case No. 08-54475-SLJ<br><br>Chapter 11<br><br>Date: January 13, 2011<br>Time: 2:00 p.m.<br>Courtroom: 3099<br>Judge: Hon. Stephen L. Johnson |

## CERTIFICATE OF SERVICE

I, Tam Tran, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On December 6, 2010, I served a true and correct copy of the following documents entitled:

1.  DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (NOVEMBER 29, 2010);

1  2.   DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (NOVEMBER 29, 2010);

3.   ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF; and,

4.   BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

**ALL CREDITORS AND PARTIES IN INTEREST LISTED IN THE SERVICE LIST MAINTAINED BY THE CLERK OF THE COURT FOR THIS BANKRUPTCY CASE REFLECTED IN EXHIBIT "A" ATTACHED HERETO**

In addition, the following parties were also served:

| | |
|---|---|
| Securities and Exchange Commission<br>Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Boulevard, Floor 11<br>Los Angeles, CA 90036 | Attorney for Century 21 Real Estate LLC<br>Daniel M. Eliades, Esq.<br>Forman Holt Eliades & Ravin LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07562 |
| United States Trustee<br>Office of the U.S. Trustee<br>280 S. First Street, Room 268<br>San Jose, CA 95113 | Attorney for American Express Centurion Bank<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attn: Gilbert B. Weisman, Esq.<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| **Parties Who Have Requested Service in Writing of Plan and Disclosure Statement:** | |
| IKON Financial Services<br>Bankruptcy Administration<br>IKON Financial Services<br>Atten: Christine R. Etheridge<br>1738 Bass Road<br>P.O.Box 13708<br>Macon, Georgia 31208-3708 | Attorney for Interested Party Rosemary Greenlaw<br>Thomas Spielbauer, Esq.<br>The Spielbauer Law Firm<br>P.O. Box 698<br>Santa Clara, CA 95050 |
| Attorneys for Creditors Edwards and Daija Zimbrick:<br>William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301 | Attorney for Diane Renee Lambert<br>David R. Sylva, Esq.<br>A Professional Corporation<br>404 Saratoga Avenue, Suite 204<br>Santa Clara, CA 95050-7000 |

| | |
|---|---|
| <u>Attorneys for Deutsche Bank (not a creditor)</u><br>Paul Oudom, Esq.<br>Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Glenn L. & Darlene S. Harbeck<br>569 Timmonsville Way<br>Lady Lake, FL 32162-6067<br><br>Gina & Wesley Byers<br>c/o Richard J. LaFleur, Esq.<br>LaFleur & Yasin, LLP<br>4 North 2nd St. #570<br>San Jose, CA 95113<br><br>Chase Finance<br>Attn: Mike Messerly<br>8333 Ridgepoint Drive, Floor 01<br>Irving, TX 75063-5812 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 6, 2010, at Santa Clara, California.

/s/ Tam Tran
Tam Tran

F:\Clients\Alpha Factors\Pleading\Plan and Disclosure Statement\Proof of Service of Plan Documents 12-06-10.wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 08-54475<br>Northern District of California<br>San Jose<br>Fri Dec  3 11:42:43 PST 2010 | Adelson, Hess & Kelly P.C.<br>577 Salmar Avenue, 2nd Floor<br>Campbell, CA 95008-1439 | Alpha Factors<br>Atten: Edward Zimbrick, President<br>5978 Silver Creek Valley Road, Suite 50<br>San Jose, CA 95138-1076 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Century 21 REal Estate, LLC<br>c/o Forman Holt Eliades & Ravin LLC<br>80 Rout 4 East, #290<br>Paramus, NJ 07652-2661 | Deutsche Bank Trust Company Americas as Trus<br>Pite Duncan, LLP<br>c/o Paul Oudom<br>4375 Jutland Drive, Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 |
| IKON Financial Servies<br>Bankruptcy Administration<br>1738 Bass Rd.<br>P. O. Box 13708<br>Macon, GA 31208-3708 | Olson Research Group<br>c/o Walter Panin<br>300 Phillips Blvd., Suite 100<br>Ewing, NJ 08618-1434 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| Advanta Bank Corp.<br>PO Box 307115<br>Salt Lake City, UT 84130-0715 | American Express<br>2965 W. Corp. Lake Blvd.<br>Fort Lauderdale, FL 33331-3626 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Bank of America<br>Account Analysis Unit 3688<br>P.O. Box 37000<br>San Francisco, CA 94137-0001 | Bank of America<br>Account Analysis, File #719880<br>P.O. Box 61000<br>San Francisco, CA 94161-0001 |
| Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Bank of America<br>PO Box 26078<br>Greensboro, NC 27420-6078 |
| CA-Pruneyard Limited Partnership<br>c/o Equity Office<br>1999 South Bascom Avenue, Suite 200<br>Campbell, CA 95008-2219 | CIGA<br>Attn: Nancy Shoffner<br>P.O. Box 29066<br>Glendale, CA 91209-9066 | CIGA Coverage Counsel<br>Fred Hall, Esq.<br>Black, Compean & Hall<br>445 S. Figueora Street, #2800<br>Los Angeles, CA 90071-1632 |
| CIT Technology Financial Services, Inc.<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258-3941 | Caltronics<br>10491 Old Placerville Road<br>Sacramento, CA 95827-2531 |
| Camino Altos Plaza<br>One Eleven Main Street, Suite 7<br>Los Altos, CA 94022 | Camino Altos Plaza<br>c/o Catherine Schlomann Robertson<br>Pahl & McCay<br>225 W. Santa Clara St., Suite 1500<br>San Jose, CA 95113-1752 | Camino Altos Plaza, Inc.<br>c/o Arnell Enterprises, Inc.<br>Attn: Roger W. Burnell, President<br>One Eleven Main Street, Suite 7<br>Los Altos, CA 94022 |
| Candy Gonsales<br>250 Watson Drive #2<br>Campbell, CA 95008-1310 | Century 21 Real Estate Corp.<br>Attn: Lynett J. Carhart-Gladdis, Esq.<br>Senior Vice President - Legal<br>1 Campus Drive<br>Parsippany, NJ 07054-4407 | Century 21 Real Estate LLC<br>c/o John A. Schwimmer, Esq.<br>Sussman Shank LLP<br>1000 SW Broadway, #1400<br>Portland, OR 97205-3089 |

| | | |
|---|---|---|
| Century 21 Real Estate LLC<br>c/o John A. Schwimmer, Esq.<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Century 21 Real Estate, LLC<br>c/o Forman Holt Eliades & Ravin LLC<br>80 Route 4 East<br>Paramus, New Jersey 07652-2647<br>ATTN: Daniel M. Eliades, Esq | Charles Patrick Fuery<br>c/o Vahishta Falahati, Esq.<br>Crosby & Rowell LLP<br>229 Third Street, 2nd Floor<br>Oakland, CA 94607 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | CitiMortgage, Inc.<br>Attn: John Ordonez, Risk Management<br>1000 Technology Drive, MS 111<br>O Fallon, MO 63368-2240 | Colleen M. and Harry G. Galland<br>P.O. Box 98<br>Lebanon, OR 97355-0098 |
| Cornish & Carey Commercial<br>P.O. Box 58159<br>Attn: Accounting Dept<br>Santa Clara, CA 95052-8159 | County of Santa Clara<br>70 W. Hedding St.<br>San Jose, CA 95110-1768 | Daija Zimbrick<br>5504 Monterey Road<br>San Jose, CA 95138-1529 |
| Daija Zimbrick<br>c/o Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301-1749 | Danny Lustina<br>1097 Syracuse Circle<br>Vacaville, CA 95687-4672 | Dell Financial Services<br>One Dell Way<br>Mail Stop 35B-13<br>Austin, TX 78762 |
| Diane Renee Lambert<br>c/o Law Offices of David R. Sylva<br>404 Saratoga Avenue #204<br>Santa Clara, CA 95050-7000 | Diane Renee Lambert & Dianna Hope Lambert<br>c/o David R. Sylva<br>David R. Sylva Law Offices<br>1960 The Alameda, Suite 204<br>San Jose, CA 95126-1451 | Dimension Funding<br>6 Hughes, Suite 220<br>Irvine, CA 92618-2063 |
| EDD<br>Director<br>800 Capital Mall<br>Sacramento, CA 95814-4807 | EOP - Pruneyard, LLC<br>c/o Equity Office Properties Trust<br>1999 S. Bascom Ave., #200<br>Campbell, CA 95008-2219 | Edesa Forslin<br>1127 Del Oro Way<br>Gilroy, CA 95020-7445 |
| Edward V. Zimbrick<br>5504 Monterey Road<br>San Jose, CA 95138-1529 | Edward V. Zimbrick<br>c/o Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301-1749 | Equity Office<br>1700 Technology Drive, Suite 150<br>San Jose, CA 95110-1383 |
| Equity Office<br>c/o Joseph Schieffer, Esq.<br>Stark, Wells, Rahl et al<br>1999 Harrison Street, Suite 1520<br>Oakland, CA 94612-4703 | Equity Office Properties Trust<br>Two North Riverside Plaza, #2100<br>Attn: Regional Counsel - San Jose<br>Chicago, IL 60606-2621 | Exchange Bank/Dumac<br>PO Box 760<br>Santa Rosa, CA 95402-0760 |
| Exchange Bank/Dumac Leasing<br>PO Box 760<br>Santa Rosa, CA 95402-0760 | Fidelity National Title Ins. Co.<br>1700 Winchester Blvd., Suite 102<br>Campbell, CA 95008-1163 | Fidelity National Title Ins. Co.<br>2099 Gateway Place, Suite 100<br>Atten: John Killen<br>San Jose, CA 95110-1017 |
| Fidelity National Title Ins. Co.<br>2510 N. Redhill Avenue<br>Atten: Legal Dept.<br>Santa Ana, CA 92705-5542 | Fidelity National Title Insurance Co.<br>c/o CT Corporation System<br>Agent for Service<br>818 W. 7th Street<br>Los Angeles, CA 90017-3407 | First Franklin Financia Corporation<br>Attn: Joe McKone<br>2150 North First Street, Suite 600<br>San Jose, CA 95131-2048 |

| | | |
|---|---|---|
| First Franklin Financial Corporation<br>Attn: Joe McKone<br>2150 North First Street, Suite 600<br>San Jose, CA 95131-2048 | First Franklin Loan Services<br>Robert Padway, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center #1410<br>San Francisco, CA 94111-3821 | Forman Holt Eliades & Ravin, LLC<br>Attn: Daniel M. Eliades<br>80 Route 4 East<br>Paramus, NJ 07652-2647 |
| Franchise Tax Board<br>Bankruptcy Unit<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | Fred Martin<br>c/o Edward McCutchan<br>Ginder Sunderland & Carlosn LLP<br>412 Aviation Boulevard, Suite D<br>Santa Rosa, CA 95403-1089 | GMAC Mortgage LLC<br>500 Enterprise Road<br>Horsham, PA 19044-3503 |
| GMAC Mortgage, LLC<br>1901 Bascom Avenue, Suite 110<br>Campbell, CA 95008-2207 | Garlic Broadband<br>Atten: Contract Administration<br>P.O. Box 1246<br>San Martin, CA 95046-1246 | Gilbert E. Lauer<br>c/o Ronald Rossi, Esq.<br>Rossi Hammerslough Reischl et al.<br>1960 The Alameda, Suite 200<br>San Jose, CA 95126-1451 |
| Glen Stidger<br>c/o David A. Boone, Esq.<br>Law offices of David A. Boone<br>1611 The Alameda<br>San Jose, CA 95126-2202 | Glenn L. and Darlene S. Harbeck<br>569 Timmonsville Way<br>Lady Lake, FL 32162-6067 | Home Loan Services Inc.<br>Robert Padway, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center #1410<br>San Francisco, CA 94111-3821 |
| IKON Financial Services<br>Bankruptcy Administration<br>P.O. Box 13708<br>Macon, GA 31208-3708 | IKON Financial Servies, cr<br>Bankruptcy Administration<br>1738 Bass Rd.<br>P. O. Box 13708<br>Macon, GA 31208-3708 | IOS Capital<br>1738 Bass Road<br>Macon, GA 31210-0821 |
| Ikon Financial Services<br>1738 Bass Road<br>Macon, GA 31210-1043 | Ikon Financial Services<br>PO Box 9115<br>Macon, GA 31208-9115 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jerry Parker<br>9805 Lantz Drive<br>Morgan Hill, CA 95037-9349 | Joanie Francis<br>c/o Steven W. Dollar<br>Ericksen Arbuthnot Kilduff et al.<br>152 N. Third Street, Suite 700<br>San Jose, CA 95112-5560 | Julie L. Marth<br>c/o John B. Keating, Esq.<br>P. O. Box 620622<br>Redwood City, CA 94062-0622 |
| Karen M. Lauer<br>c/o Ronald Rossi, Esq.<br>Rossi Hammerslough Reischl et al.<br>1960 The Alameda, Suite 200<br>San Jose, CA 95126-1451 | Kimco Realty Corp.<br>1621 B South Melrose Drive<br>Vista, CA 92081-5498 | Landess Institute LLC<br>c/o Stephen Pahl<br>Pahl & McKay<br>225 Santa Clara St., Suite 1500<br>San Jose, CA 95113-1752 |
| Landess Institute, LLC<br>PO Box 1805<br>Cupertino, CA 95015-1805 | Leaf Financial Corporation<br>2005 Market Street, 15th Floor<br>Philadelphia, PA 19103-7009 | Leanna Vague<br>6471 Standridge Ct.<br>San Jose, CA 95123-5622 |
| Luis Gonsalez<br>949 Curtner Avenue<br>San Jose, CA 95125-2708 | Mai Tran<br>3236 Cortona Drive<br>San Jose, CA 95135-1175 | Marlin Leasing<br>PO Box 637<br>Mount Laurel, NJ 08054-0637 |

| | | |
|---|---|---|
| Marling Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | Melissa Stamps<br>5516 College Oak Drive<br>Sacramento, CA 95841-2510 | Menlo Management<br>1010 El Camino Real, Suite 210<br>Menlo Park, CA 94025-4349 |
| Monterey Plaza L.P.<br>ATTN: Christina B. Gabrys<br>Blackmar, Principe & Schmelter, APC<br>600 B Street, Suite 2250<br>San Diego, CA 92101-4521 | Monterey Plaza LP<br>c/o Gerry C. Schmelter<br>Blackmar, Principe & Schmelter<br>600 B Street, Suite 2250<br>San Diego, CA 92101-4521 | Mortgage Electronic Reg. Systems Inc.<br>Robert Padway, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center #1410<br>San Francisco, CA 94111-3821 |
| National City Bank of IN<br>Robert Padway, Esq.<br>Bryan Cave LLP<br>2 Embarcadero Center #1410<br>San Francisco, CA 94111-3821 | Nghi and Diana Truong<br>c/o Andrew Kulick, Esq.<br>21704 West Golden Triangle<br>Suite 301<br>Santa Clarita, CA 91350-5837 | Nick Alfano<br>18315 Murphy Springs Drive<br>Morgan Hill, CA 95037-3059 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Olsen Research Group, Inc.<br>4300 El Camino Real, Suite 101<br>Los Altos, CA 94022-1090 | Olson Research Group, Inc.<br>4300 El Camino Real Suite 101<br>Los Altos, CA 94022-1090 |
| PAUL OUDOM<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Pretzer Partnership<br>1905 Park Avenue, Suite 200<br>San Jose, CA 95126-1455 | Prudential California Realty<br>3078 Landess Avenue<br>San Jose, CA 95132-1120 |
| Ray N. Johansen<br>c/o Sharon L. Lapin, Esq.<br>110 Loch Lomond Drive<br>San Rafael, CA 94901-2508 | Raymond Del Castillo and Marie Argonza<br>c/o Roger D. Wintle, Esq.<br>The Heritage Law Group<br>99 Almaden Blvd. Suite 710<br>San Jose, CA 95113-1605 | Real Time Solutions<br>Peter J. Salmon, Esq.<br>Pite Duncan LLP<br>P.O. Box 17934<br>San Diego, CA 92177-7922 |
| Realty Associates Fund VIII, LP<br>1900 McCarthy Blvd. Suite 445<br>Milpitas, CA 95035-7400 | Rhoda Truran<br>5387 Brenda Avenue<br>San Jose, CA 95124-5749 | Ric Bareng Jr.<br>1752 Via Flores Court<br>San Jose, CA 95132-3717 |
| Rich Robinson<br>c/o Steven W. Dollar<br>Ericksen Arbuthnot Kilduff et al.<br>152 N. Third Street, Suite 700<br>San Jose, CA 95112-5560 | Rick Funk<br>David A. Boone, Esq.<br>Law Offices of David A. Boone<br>1611 The Alameda<br>San Jose, CA 95126-2202 | Robert A. Zimbrick<br>8434 Pastori Way<br>Sacramento, CA 95828-6623 |
| Rosemary Greenlaw<br>825 Villa Avenue<br>San Jose, CA 95126-2461 | Rossi, Hamerslough, Reischl & Chuck<br>1960 The Alameda<br>San Jose, CA 95126-1441 | San Jose Mercury News<br>Steven A. Booska, Esq.<br>250 Montgomery St., Ste 720<br>San Francisco, CA 94104-3424 |
| San Jose Mercury News<br>c/o Steven A. Booska<br>250 Montgomery Street, Suite 720<br>San Francisco, CA 94104-3424 | Santa Barbara Bank & Trust<br>P.O. Box 60607<br>Santa Barbara, CA 93160-0607 | Santa Clara County Tax Collector<br>70 W. Hedding St., 6th Fl, East Wing<br>San Jose CA 95110-1771 |

| | | |
|---|---|---|
| Stanford Property and Finance<br>c/o Vahishta Falahati, Esq.<br>Crosby & Rowell LLP<br>229 Third Street, 2nd Floor<br>Oakland, CA 94607 | State Board of Equalization<br>P. O. Box 942879<br>Sacramento, CA 94279-0001 | Steve W. Dollar<br>Ericksen, Arbuthnot, Kilduff, Day, et al<br>152 North Third Street, Suite 700<br>San Jose, CA 95112-5560 |
| Steven Guy Coulston<br>5504 Monterey Road<br>San Jose, CA 95138-1529 | Steven W. Dollar<br>Ericksen, Arbuthnot, Kilduff, Day, et al<br>152 North Third Street, Suite 700<br>San Jose, CA 95112-5560 | T.D. Service Company<br>Bruce Dannemeyer, Esq.<br>The Dreyfuss Firm<br>7700 Irvine Center Dr. #710<br>Irvine, CA 92618-3043 |
| TelePacific Communcations<br>515 South Flower Street, 47th Floor<br>Los Angeles, CA 90071-2208 | Thang M. Nguyen & Ashley Huong Le<br>21511 Almaden Road<br>San Jose, CA 95120-4311 | The Realty Associates Fund VIII, LP<br>c/o CB Richard Ellis<br>1900 McCarthy Blvd., Suite 445<br>Milpitas, CA 95035-7400 |
| Thomas J. Spielbauer, intp<br>P. O. Box 698<br>Santa Clara, CA 95052-0698 | Vera Dalton & William Corbin<br>c/o Susan Reischl<br>Rossi, Hamerslough, Reischl & Chuck<br>1960 The Alameda<br>San Jose, CA 95126-1441 | Victoria Agcaoili<br>c/o Cesar R. Fumar, Esq.<br>Law Office of Cesar R. Fumar<br>2400 Sycamore Drive, Suite 36<br>Antioch, CA 94509-2943 |
| WF Business Direct<br>PO Box 348750<br>Sacramento, CA 95834-8750 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St., Phoenix, AZ 85003 | William C. Lewis<br>510 Waverly St.<br>Palo Alto, CA 94301-1749 |
| XO Communication<br>8851 Sandy Parkway<br>Sandy, UT 84070-6408 | XO Communications, Inc.<br>Attn: Brad Lee<br>105 Molloy Street, Suite 300<br>Nashville, TN 37201-2315 | Xerox<br>PO Box 660501<br>Dallas, TX 75266-0501 |
| Xerox Capital Services LLC<br>ATTN: Vanessa Adams<br>PO Box 660506<br>Dallas, TX 75266-0506 | Xerox Corp<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive-450<br>Lewisville, TX 75057-6018 | Xuan Quang Pham<br>3022 Abelia Ct.<br>San Jose, CA 95121-2401 |
| Colleen Galland<br>P.O. Box 98<br>Lebanon, OR 97355-0098 | Daija Zimbrick<br>1450 Lake View Court<br>San Martin, CA 95046-9475 | Diane Renee Lambert<br>c/o David R. Sylvia, Inc.<br>Santa Clara, CA 95050-7000 |
| Edward V. Zimbrick<br>1450 Lake View Court<br>San Martin, CA 95046-9475 | Edward and Daija Zimbrick<br>c/o Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301-1749 | Gayle Green<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 |
| Harry Galland<br>P.O. Box  98<br>Lebanon, OR 97355-0098 | Heinz Binder<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Julie H. Rome-Banks<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 |

| | | |
|---|---|---|
| Robert G. Harris<br>Law Offices of Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Roya Shakoori<br>Binder and Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050-6004 | Steve W. Dollar<br>Ericksen, Arbuthnot, Kilduff and Day<br>152 N 3rd St. #700<br>San Jose, CA 95112-5560 |
| Thomas J. Spielbauer<br>P. O. Box 698<br>Santa Clara, CA 95052-0698 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 | (d)Internal Revenue Service<br>San Jose Cases)<br>Insolvency, MS 5420/5430<br>55 S. Market Street<br>San Jose, CA 95113 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Erickson, Arbuthnot, Kilduff, Day & Lindst | (d)American Express<br>2965 W. Corp. Lake Blvd.<br>Fort Lauderdale, FL 33331-3626 | (d)American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| (d)American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (d)Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | (d)Bank of America<br>PO Box 15184<br>Wilmington, DE 19850-5184 |
| (d)Bank of America<br>PO Box 26078<br>Greensboro, NC 27420-6078 | (d)Camino Altos Plaza<br>One Eleven Main Street, Suite 7<br>Los Altos, CA 94022 | (d)Candy Gonsales<br>250 Watson Drive #2<br>Campbell, CA 95008-1310 |
| (d)Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (u)Chase Home Equity 3415 Vision Dr Columbus | (u)Daija Zimbrick |
| (d)Diane Renee Lambert &Dianna Hope Lambert<br>c/o David R. Sylva<br>David R. Sylva Law Offices<br>1960 The Alameda, Suite 204<br>San Jose, CA 95126-1451 | (u)Edward V. Zimbrick | (u)Gina and Wesley Byers<br>c/o Richard J. LaFleur, Esq.<br>Lafleur & Yasin LLP<br>99 Almaden Blvd. Suite 875<br>AZ 85113 |

| | | |
|---|---|---|
| (d)Glenn L. and Darlene S. Harbeck<br>569 Timmonsville Way<br>Lady Lake, FL 32162-6067 | (d)Landess Institute, LLC<br>PO Box 1805<br>Cupertino, CA 95015-1805 | (d)Rossi, Hamerslough, Reischl & Chuck<br>1960 The Alameda<br>San Jose, CA 95126-1441 |
| (d)WF Business Direct<br>PO Box 348750<br>Sacramento, CA 95834-8750 | (d)Edward V. Zimbrick<br>5504 Monterey Rd.<br>San Jose, CA 95138-1529 | End of Label Matrix<br>Mailable recipients 153<br>Bypassed recipients  20<br>Total               173 |