HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
email: heinz@bindermalter.com
email: rob@bindermalter.com
email: julie@bindermalter.com
email: roya@bindermalter.com

Attorneys for Debtor
Alpha Factors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>ALPHA FACTORS, dba Century 21 Alpha, a California corporation,<br><br>Debtor. | Case No. 08-54475-SLJ<br><br>Chapter 11<br><br>Date: January 13, 2011<br>Time: 2:00 p.m.<br>Courtroom: 3099<br>Judge: Hon. Stephen L. Johnson |

## CERTIFICATE OF SERVICE

I, Tam Tran, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On December 14, 2010, I served a true and correct copy of the following documents entitled:

1. DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (NOVEMBER 29, 2010);

CERTIFICATE OF SERVICE  Page 1
Case: 08-54475   Doc# 203   Filed: 12/14/10   Entered: 12/14/10 10:23:45   Page 1 of 2

2. DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT (NOVEMBER 29, 2010);

3. ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF; and,

4. BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

First Franklin Financial Corp.
Attn: Joe McKone
150 Allegheny Center Mall
Pittsburgh, PA 15212-5335

Dell Financial Services
P.O. Box 81577
Austin, TX 78708-1577

CIGA Coverage Counsel
Fred Hall, Esq.
Black Compean Hall & Eli LLP
700 S Flower St #3350
Los Angeles, CA 90017

Raymond Del Castillo & Marie Argonza
c/o Robert D. Wintle, Esq.
The Heritage Law Group
152 N. 3rd Street, Ste. 550
San Jose, CA 95112-5587

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 14, 2010, at Santa Clara, California.

/s/ Tam Tran
Tam Tran

F:\Clients\Alpha Factors\Pleading\Plan and Disclosure Statement\Proof of Service of Plan Documents Returned Addresses 12-14-10.wpd