Entered on Docket
May 06, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
2 JULIE H. ROME-BANKS, #142364
ROYA SHAKOORI, #236383
3 Binder & Malter, LLP
2775 Park Avenue
4 Santa Clara, CA 95050
Telephone: (408)295-1700
5 Facsimile: (408) 295-1531
email: heinz@bindermalter.com
6 email: rob@bindermalter.com
email: julie@bindermalter.com
7 email: roya@bindermalter.com

The following constitutes
the order of the court. Signed May 06, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

8 Attorneys for Debtor
Alpha Factors
9

10
11              UNITED STATES BANKRUPTCY COURT
12           NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

13
   In re                                  Case No. 08-54475-SLJ
14
   ALPHA FACTORS, dba Century 21          Chapter 11
15 Alpha, a California corporation,
                                          Date: May 5, 2011
16              Debtor.                   Time: 1:30 p.m.
                                          Courtroom: 3099
17                                        Judge: Hon. Stephen L. Johnson

18

19 **ORDER CONFIRMING DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION**
20                              **(MARCH 28, 2011)**

21      On May 5, 2011, the Court held a hearing on confirmation of the pending

22 Debtor's Third Amended Plan of Reorganization (March 28, 2011) (the "Plan") filed by

23 Debtor and Debtor-in-Possession Alpha Factors ("Debtor").

24      It having been determined after a hearing on notice and after consideration of the

25 offer of proof submitted by the Debtor that (i) the Plan and the Third Amended

26
27 Disclosure Statement (March 28, 2011) (the "Disclosure Statement") have been

transmitted to creditors and equity security holders; (ii) the requirements for confirmation set forth in 11 U.S.C. §§1129(a) and 1129(b) have been met; (iii) the modifications in the Plan described below as to Class One creditor Century 21 Real Estate LLC are neither material nor adverse to any creditor or class of creditors under the Plan or that the affected Class has consented; and (iv) there being no objections, and good cause appearing therefore, the Court having stated its findings of fact and conclusions of law on the record pursuant to Federal Rule of Civil Procedure 52(a) as applied through Federal Rule of Bankruptcy Procedure 7052,

IT IS THEREFORE ORDERED that

1. The Plan be and hereby is confirmed.

2. The following amendments shall replace the identified sections of the Plan and are incorporated as if part of the Plan by this order:

   A. Plan Section 1.1.9: As of March 4, 2011, Debtor was in monetary default to Century 21 in the amount of $64,138.32 (the "Stipulation Default"). The Stipulation Default is comprised of: (a) $3,037.85 in unpaid transaction fees under the Franchise Agreement from January 1, 2010 through March 4, 2011; (b) $11,100.46 in unpaid NAF from June 2, 2009 through March 4, 2011; and (c) $50,000.01 in billed DAN payments due on May 5, 2009, May 5, 2010 and May 5, 2011.

   B. Plan Section 1.2.3 Cure: Pursuant to 11 U.S.C. §365(b)(1), the Debtor shall cure the Stipulation Default and the pre-petition

indebtedness of $250,000 (the "Pre-Petition Indebtedness") as follows:

(a) Pursuant to 11 U.S.C. §365(b)(1)(A), the Debtor shall make full payment to Century 21 of the Stipulation Default of $47,471.65 by on or before April 1, 2011 and $16,666.67 by on or before May 5, 2011. The Debtor's default in the payment of the Stipulation Default as set forth herein shall constitute an event of default under the Plan as well as the assumed Franchise Agreement.

[the remaining subparagraphs of Section 1.2.3 of the Plan are not modified]

APPROVED AS TO FORM:

Dated: April 29, 2011    By: /s/ Nanette Dumas
                             Nanette Dumas
                             Attorney for the United States
                             Trustee

Dated: April 26, 2011    FORMAN HOLT ELIADES & RAVIN LLC

                         By: /s/ Daniel M. Eliades
                             Daniel M. Eliades
                             Attorney for Century 21 Real
                             Estate LLC

Dated: April 29, 2011    LAW OFFICES OF WILLIAM C. LEWIS

                         By: /s/ William C. Lewis
                             William C. Lewis
                             Attorneys for Edward and
                             Daija Zimbrick

***** END OF ORDER *****

COURT SERVICE LIST

1
2  Julie Rome-Banks
   Binder & Malter LLP
3  2775 Park Avenue
   Santa Clara, CA  95050
4
   Office of the U.S. Trustee
5  Atten: Nanette Dumas
   280 S. First Street, Room 268
6  San Jose, CA 95113

7  William C. Lewis
   510 Waverley Street
8  Palo Alto, CA 94301

9  Daniel M. Eliades, Esq.
   Forman Holt Eliades & Ravin LLC
10 80 Route 4 East, Suite 290
   Paramus, NJ 07562
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 ORDER CONFIRMING DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION (MARCH 28, 2011)    Page 4